LAURA E. DUFFY
United States Attorney
WILLIAM P. COLE
CAROLINE P. HAN
Assistant U.S. Attorneys
California State Bar Nos. 186772/250301
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7859/557-5220
William.P.Cole@usdoj.gov
Caroline.Han@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 10CR4246-JM |
|---|---|
| Plaintiff, | ) |
| v. | ) SUPPLEMENTAL MEMORANDUM ) IN SUPPORT OF GOVERNMENT'S |
| BASAALY SAEED MOALIN (1), MOHAMED MOHAMED MOHAMUD (2), and ISSA DOREH (3), | ) MOTION FOR PROTECTIVE ) ORDER |
| Defendants. | ) |

**GOVERNMENT'S PROPOSED PROTECTIVE ORDER IS UNOPPOSED**

On December 17, 2010, the United States filed a motion for a protective order, and noted defendant Mohamud's objection to the proposed protective order. Today, counsel for defendant Mohamud informed the Government that he no longer objects to the proposed protective order. Accordingly, the Government's motion

//
//
//

is not opposed by an party.

Dated: December 20, 2010

                                            Respectfully submitted,

                                            LAURA E. DUFFY
                                            United States Attorney

                                            <u>s/Caroline P. Han</u>
                                            CAROLINE P. HAN
                                            WILLIAM P. COLE
                                            Assistant U.S. Attorneys

                                            Attorneys for Plaintiff
                                            United States of America

||  |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,           )   Case No. 10CR4246-JM
                                    )
            Plaintiff,               )
                                    )
       v.                            )
                                    )   CERTIFICATE OF SERVICE
BASAALY SAEED MOALIN,                )
MOHAMED MOHAMED MOHAMUD, and         )
ISSA DOREH,                          )
                                    )
            Defendants.              )
_____)

IT IS HEREBY CERTIFIED THAT:

   I, CAROLINE P. HAN, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action.  I have caused service of Supplemental Memorandum in Support of Government's Motion for Protective Order on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1.  Marc Geller
       Attorney for defendant Moalin
   2.  Mahir Sherif
       Attorney for defendant Mohamud
   3.  Kenneth Troiano
       Attorney for defendant Doreh

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on December 20, 2010.

                         s/Caroline P. Han
                         CAROLINE P. HAN