KENNETH J. TROIANO
ATTORNEY AT LAW
State Bar #134786
P.O. Box 33536
San Diego, CA 92163-3536
(858) 268-8600
Email: kjtroiano@mac.com

Attorney for Defendant
Issa Doreh

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE # **10CR4246-JM** |
| Plaintiff, | |
| v. | *EX PARTE APPLICATION FOR AN ORDER PRESERVING AND GRANTING DEFENSE ACCESS TO SHIDAAL EXPRESS COMPUTERS AND RELATED HARDWARE.* |
| ISSA DOREH (3), | |
| Defendant | |

The defendant, Issa Doreh, hereby applies *ex parte* to the Court for an order directing the Court-appointed permanent receiver and the receiver's attorney to preserve the computers and related hardware of Shidaal Express, Inc. and to permit the defendant's representatives to inspect and copy those items in their possession as a result of this Court's rulings in Civil Case # 09CV2610-JM, *Securities and Exchange Commission v. Shidaal Express, Inc. and Mohamud Abdi Ahmed.*

Dated: February 11, 2011                              s/Kenneth J. Troiano
                                                      Kenneth J. Troiano
                                                      Attorney for Defendant