**Certificate of Service**

I, Alice L. Fontier, declare as follows:

I am a citizen of the United States and resident of New York, N.Y.; I am over the age of 18 years and not a party to the within action; my business address is: 2 Wall Street, 3rd Floor, New York, NY 10005, telephone number: (212) 732-0707.

On March 28, 2011, I served the referenced *Notice of Motion and Motion to Substitute Counsel* in *United States v. Basaaly Moalin*, 10-CR-4246-JM-01, by delivering a copy of the same to the parties indicated below, by ECF System, which electronically notifies them:

Marc B. Geller (Defendant 1)

Mahir Tewfik Sherif (Defendant 2)

Kenneth J. Troiano (Defendant 3)

Ahmed Ghappour (Defendant 3)

Holly S. Hanover (Defendant 4)

William P. Cole (Government)

Caroline Pineda Han (Government)

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:   March 30, 2011
              New York, New York

                                              /S/ Alice L. Fontier
                                              Alice L. Fontier