LAURA E. DUFFY
United States Attorney
WILLIAM P. COLE
CAROLINE P. HAN
Assistant United States Attorney
Cal. State Bar No. 186772/250301
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7859/5220
Email: William.P.Cole@usdoj.gov
　　　　Caroline.Han@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| UNITED STATES OF AMERICA, | ) Criminal Case No. 10CR4246-JM |
|---|---|
| Plaintiff, | ) |
| v. | ) **MOTION FOR EXTENSION OF TIME TO FILE MOTION PURSUANT TO 18 U.S.C. APP. III (CIPA) SEC. 4** |
| BASAALY MOALIN et al., | ) |
| Defendant. | ) |

The above-named plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, William P. Cole and Caroline P. Han, Assistant U.S. Attorneys, moves this Court for an order extending the time for the United States to file its initial motion pursuant to 18 U.S.C. App. III (CIPA) Section 4 from February 17, 2012 to February 29, 2012. In support of said motion, the United States submits the following:

1. On February 9, 2012, during the last hearing in this matter, the United States explained that it was preparing to file: (1) its response in opposition to defendant Basaaly Moalin's Motion to Suppress Evidence Obtained Pursuant to FISA Wiretap; and (2) an unrelated motion pursuant to 18 U.S.C. App. III (CIPA) Section 4. The United States represented that it planned to file these motions on February 17, 2012, and the Court directed it to do so.

2.    The United States is filing today (February 17, 2012) its response in opposition to defendant Basaaly Moalin's Motion to Suppress Evidence Obtained Pursuant to FISA Wiretap. However, the United States requests an additional 12 days to file its initial CIPA Section 4 motion. Preparation of the motion has required, and continues to require, close coordination with other department offices and agencies. Despite good faith efforts, the United States has not been able to complete the moving papers. Therefore, with respect to the CIPA Section 4 motion, the United States submits that an extension of time to February 29, 2012, will permit the United States to provide the Court with more concise, complete and helpful moving papers.

DATED: February 17, 2012.

Respectfully submitted,<br>
LAURA E. DUFFY<br>
United States Attorney<br><br>
/s/ William P. Cole<br>
WILLIAM P. COLE<br>
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10CR4246-JM |
| Plaintiff, | ) ) | |
| v. | ) ) | **CERTIFICATE OF SERVICE** |
| BASAALY MOALIN et al., | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, William P. Cole, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **United States' Motion for Extension of Time to File Motion Pursuant to 18 U.S.C. App. III (CIPA) Sec. 4**, as counsel for the United States, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Joshua Dratel
2. Alice Fontier
3. Linda Moreno
4. Ahmed Ghappour
5. Thomas A. Durkin
6. Holly Sullivan

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2012.

/s/ William P. Cole
WILLIAM P. COLE
Assistant United States Attorney