UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10CR4246-JM |
| Plaintiff, ) | |
| v. ) | |
| BASAALY MOALIN et al., ) | **CERTIFICATE OF SERVICE** |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Caroline P. Han, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **United States' Response in Opposition to Defendant Moalin's Motion to Suppress Evidence Obtained Pursuant to the FISA Wiretap**, as lead counsel for the United States, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Joshua Dratel
2. Alice Fontier
3. Linda Moreno
4. Ahmed Ghappour
5. Thomas Durkin
6. Holly Sullivan

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2012.

/s/ Caroline P. Han
CAROLINE P. HAN
Assistant United States Attorney