UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>                Plaintiff,   )<br>        v.             )<br>                        )<br>BASAALY MOALIN et al.,        )<br>                        )<br>                Defendant.    )<br>                        )<br>                        )<br>_____) | Case No. 10CR4246-JM<br><br>**ORDER GRANTING LEAVE TO FILE RESPONSE IN EXCESS OF TWENTY-FIVE PAGES** |

IT IS HEREBY ORDERED that the United States' Response in Opposition to Defendant Moalin's Motion to Suppress Evidence Obtained Pursuant to the FISA Wiretap (Docket No. 92), in the above-captioned case, be permitted to be filed in excess of twenty-five pages, pursuant to Crim. L.R. 47.1(e).

DATED: February 21, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge