1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10cr4246 JM |
| Plaintiff, | NOTICE OF FILING CLASSIFIED VERSION |
| vs. | |
| BASAALY SAEED MOALIN, et al., | |
| Defendants. | |

12

13

14

15

16      The Court provides Notice to all parties that on February 17, 2012 the

17  Government filed its unredacted version of its Response in Opposition, (Ct. Dkt 123),

18  with the National Security Officer assigned to this case.   The Clerk of Court is

19  instructed to docket this Notice indicating the filing of the classified version of the

20  Response in Opposition with the National Security Officer as of February 17, 2012,

21  nunc pro tunc.

22      **IT IS SO ORDERED.**

23  DATED:  February 23, 2012

24  _____

25  Hon. Jeffrey T. Miller
United States District Judge

26  cc:        All parties

27

28

- 1 -                                                        10cr4246