UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>          Plaintiff,   )<br>    v.                    )<br>                          )<br>BASAALY MOALIN et al.,    )<br>                          )<br>          Defendant.     )<br>                          )<br>                          )<br>                          ) | Case No. 10CR4246-JM<br><br>**ORDER RE: APRIL 5, 2012 STATUS CONFERENCE** |

The court issues this order to request that the parties submit short (no more than 3-4 pages) status conference briefs identifying particular issues to be discussed at the time of the April 5, 2012 status conference. The court anticipates that the advance identification of topics to be discussed will assist the court and parties to focus on those issues that will lead to the speedy and efficient resolution of the case. The status conference briefs shall be fled no later than April 2, 2012.

**IT IS SO ORDERED.**

DATED: March 27, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:       All parties