1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,           )   Case No. 10CR4246-JM
                                        )
12              Plaintiff,              )
          v.                            )
13                                      )   **NOTICE OF ENTRY OF ORDER**
                                        )   **DENYING MOTION TO SUPPRESS FISA**
14  BASAALY MOALIN et al.,              )   **INTERCEPTS**
                                        )
15              Defendants.             )
                                        )
16                                      )
17  _____ )
18       The court provides notice to all parties that on June 4, 2012 the court filed with the Court
19  Security Officer its Order Denying Motion to Suppress FISA Intercepts.
20  DATED: June 5, 2012
21                                               _____
                                                 Hon. Jeffrey T. Miller
22                                               United States District Judge
23
24
25
26
27
28