

search…

Home    About Us    Fuel    Aviation    Logistics    Press/Materials    Careers    Contact



### Our CEO

**"Doing Difficult Jobs in Difficult Places"** *is not just a marketing slogan, it is a matter of proven historical record…*

Mr. Mike Douglas
Director & CEO

### SKA Corporate Video

## The SKA International Group

### Doing Difficult Jobs in Difficult places

SKA International Group is world-class provider of aviation services and logistics. The team that currently make up SKA have been operating in Iraq since 2003 and are now expanding the operations in Kuwait, the UAE, Afghanistan and African continent. Our diverse capabilities include a wide range of Aviation Services, Ground Logistics, Life Support, Fuel Supply Chain Management, Camp Construction, and Security Services.

We specialize in moving people and equipment smoothly and safely in challenging environments. We pride ourselves on combining unique solutions with unrivaled service helping you achieve your goals in the most difficult environments and our motto, "Doing Difficult Jobs in Difficult Places", is not just a market slogan it is a matter of proven historical record.

For all your aviation and logistics requirement contact SKA Air & Logistics.

### Our Services

**Passenger Charters**

 SKA International Group is recognized for its modern fleet, flexibility and ability to provide…

Read more

**Helicopter Services**

 SKA was the first international company to operate commercial helicopter in Iraq and are currently… Read more

**Fuel Supply & Distribution**

 SKA Energy is currently involved in managing and constructing several major fuel storage facilities… Read more

### Our Locations

Like  73

      

Copyright © 2012 SKA International Group. All rights reserved.                                                                                                                                  Feed Entries



search…

Home     About Us     Fuel     Aviation     Logistics     Press/Materials     Careers     Contact



### Our CEO

### SKA Somalia

*"Doing Difficult Jobs in Difficult Places"* is not just a marketing slogan, it is a matter of proven historical record…

Mr. Mike Douglas
Director & CEO

SKA International Group established operations in Mogadishu Aden Adde International Airport in September 2010 and was contracted by the Transitional Federal Government (TFG) to manage operations over a period of ten years at the re-opened airport. Our services include;

- Ground, cargo and passenger handling for all aircraft types
- Terminal operations
- Aviation re-fuelling services
- Bulk aviation and diesel fuel re-supply, storage
- Logistics and supply chain, including customs clearance, transportation and warehousing

Contact us at: somalia@ska-arabia.com

### SKA Corporate Video

### Our Locations

Like  73

       

Copyright © 2012 SKA International Group. All rights reserved.



search…

| Home | About Us | Fuel | Aviation | Logistics | Press/Materials | Careers | Contact |



### Our CEO

### Secure Camp Accommodation & Life Support

*"Doing Difficult Jobs in Difficult Places"* is not just a marketing slogan, it is a matter of proven historical record…

Mr. Mike Douglas
Director & CEO

SKA operates our own life support services or camps. In Iraq the two camps are conveniently located close to Baghdad and Basrah International Airports, and can accommodate 200, and 250 people respectively. In Somalia our camp is conveniently located within the International Airport site.

Our camps offer flexible sleeping arrangements (single, twin or triple-sharing), and are fully equipped with all utilities like water, electricity (including standby generators), sewerage, as well as telecommunications, internet, and gym facilities. For your added convenience, you can also enjoy our dining facilities, with 3 meals per day prepared by our own chef and cooks.



With 24-hour security provided by our own security guards, these camps are ideal accommodation for those who wish to have the comfort of modern amenities with the added reassurance of safety.

### SKA Corporate Video

### Our Locations

Like 73









Copyright © 2012 SKA International Group. All rights reserved.