FD-302 (Rev. 10-6-95)

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription 10/25/2010

From October 12, 2010 through October 25, 2010, writer and Michael Jobe, Criminal Intelligence Analyst, searched Shidaal Express Inc. receipts that were obtained from the hawala Shidaal Express. Receipts were specifically searched for the telephone number 619-278-1189, which is most often associated with the name Basal Said or a similar spelling. Some of the receipts discovered included additional names, and a few receipts did not utilize the area code 619 but still included 278-1189. From the receipts searched, 79 receipts were discovered containing the number 619-278-1189.

All receipts have been photocopied and saved in a 1A envelope attached to this report. Sixteen receipts are listed in table format below. Spelling throughout the tables may vary. The tables have been filled using the spelling taken from each of the 16 receipts. The sixteen receipts are of interest to the FBI either because of the amount of the money being transferred ($500 or more), or due to the identity of the intended recipient.

Investigation on 10/25/2010 at FBI

File # [redacted] Date dictated 10/25/2010

by Brian Heath Martin:bhm

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SHIDAAL EXPRESS, INC. receipts

| RECEIPT NUMBER | DATE | TELEPHONE NUMBER | SENDER | BENEFICIARY TELEPHONE # | BENEFICIARY ADDRESS | AMOUNT=$ |
|---|---|---|---|---|---|---|
| 2219 | 4/22/08 | 619-278-1189 | ABDIRIIZAK & SAID | ABUKAR SURYEERE 960219 | GURCEEL | 1000<br>30<br>1030 |
| 9467 | 7/11/08 | 619-278-1189 | BASALI SAID | SHARIF ABDIQOORAY 962566 | GURCEEL | 1000<br>40<br>1040 |
| 9940 | 7/28/08 | 619-278-1198 | BASALY SAID | SHARIF MOHAMED ABDI QOUREY 962566 | GURICEEL | 1000<br>40<br>1040 |
| 9798 | 7/22/08 | 278-1189 | BASALI SAID | SHARIF MOHAMED 2525962566 | GURCEEL | 700<br>28<br>728 |
| 9797 | 7/22/08 | 619-278-1189 | BASALI SAID | YUSUF MOHAMUD SABRIYA 25224184529 | HARGEISA | 500<br>20<br>520 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13005 | 8/18/08 | 619-278-1189 | BASALEY SAID | DAAHIR ABDULLAHI<br>910353 | GURICELL | 200<br>8<br>208 |
| 8447 | 6/26/08 | 619-278-1189 | BASAL SAID | ABUKAR SURYARE<br>960219 | GURICEEL | 1000<br>30<br>1030 |
| 19556 | 11/05/08 | 619-278-1189 | BASAL SAID | MOHAMUD QORYOOLEY<br>9822292 | GURICEEL | 200 |
| 2526 | 4/30/08 | 278-1189 | BASALI SAID MACALIM | FARAH YERRE MOHAMUD SCHIDANE<br>421101 | DUSAMAREEB SOMALIA | 1000<br>40<br>1040 |
| 56965 | 3/9/09 | 619-278-1189 | BASAL SAID | MAHAD MOHAMED<br>58977956 | MUQDISHO | 35<br>2<br>37 |

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of [redacted], On 10/25/2010, Page 4

| | | | | | | |
|---|---|---|---|---|---|---|
| 56966 | STAPLED TO ABOVE RECEIPT 56965 | | | NAJIB MOHAMED<br>878021 | MUQDISHO | 45<br>3<br>48 |
| 56967 | STAPLED TO ABOVE RECEIPT 56965 | | | SHARIIF ABDIQOORAY | GURICEEL | 300<br>15<br>315 |
| 9817 | 7/23/08 | 619-278-1189 | BASALI SAID | NAJIB MOHAMED NUR<br>5878021 | MUQDISHO | 80<br>3<br>83 |
| 61291 | 8/4/09 | 619-278-1189 | BASALI SAID | NAJIB MOHAMED<br>2521878021 | MUQDISHO | 50<br>3<br>53 |
| 7712 | 8/15/09 | 619-278-1189 | BASALI SAID | NAJIB MOHAMED 2521878021 | MUQDISHO | 100<br>5<br>105 |
| 57527 | 4/20/09 | 619-278-1189 | BASAL SAID | SHARIIF ABDI QOREY | GURICELL | 1000<br>40 |

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ________________, On 10/25/2010, Page 5

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 1040 |