**JOSHUA L. DRATEL**
Admitted *Pro Hac Vice*
**ALICE L. FONTIER**
California State Bar No.229994
JOSHUA L. DRATEL, P.C.
2 Wall Street, 3rd Floor
New York, New York 10005
Telephone: (212) 732-0707

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER )**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BASAALY MOALIN, ) <br> ) <br> Defendant. ) <br> ) | Case No. 10-CR-4246 (JM) <br><br> <u>CERTIFICATE OF SERVICE</u> |

I, Alice L. Fontier, declare as follows:

    I am a citizen of the United States and resident of New York, N.Y.; I am over the age of 18 years and not a party to the within action; my business address is: 2 Wall Street, 3rd Floor, New York, NY 10005, telephone number: (212) 732-0707.

    On July 20, 2012, I served the referenced *Notice of Motion and Joint Motion to Grant Depositions Pursuant to Rule 15, Fed.R.Crim.P.,* in *United States v. Basaaly Moalin, et. al.*, 10-CR-4246 (JM), by delivering a copy of the same to the parties indicated below, by ECF System, which electronically notifies them:

    Linda Moreno (Defendant Mohamed Mohamud)

    Thomas Durkin (Defendant Ahmed Mohamud)

1

1. Ahmed Ghappour (Defendant Isse Doreh)
2. William P. Cole (Government)
3. Caroline Pineda Han (Government)

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:   July 20, 2012
              New York, New York

                                     /S/ Alice L. Fontier
                                     Alice L. Fontier