**JOSHUA L. DRATEL**
Admitted *Pro Hac Vice*
**ALICE L. FONTIER**
California State Bar No.229994
JOSHUA L. DRATEL, P.C.
2 Wall Street, 3rd Floor
New York, New York 10005
Telephone: (212) 732-0707

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER )**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-CR-4246 (JM) |
| Plaintiff, ) | |
| v. ) | <u>CERTIFICATE OF SERVICE</u> |
| BASAALY MOALIN, ) | |
| Defendant. ) | |

I, Alice L. Fontier, declare as follows:

    I am a citizen of the United States and resident of New York, N.Y.; I am over the age of 18 years and not a party to the within action; my business address is: 2 Wall Street, 3rd Floor, New York, NY 10005, telephone number: (212) 732-0707.

    On July 20, 2012, I served the referenced *Notice of Motion and Joint Motion to Grant Depositions Pursuant to Rule 15, Fed.R.Crim.P.,* in *United States v. Basaaly Moalin, et. al.*, 10-CR-4246 (JM), by delivering a copy of the same to the parties indicated below, by ECF System, which electronically notifies them:

    Linda Moreno (Defendant Mohamed Mohamud)

    Thomas Durkin (Defendant Ahmed Mohamud)

1 | Ahmed Ghappour (Defendant Isse Doreh)

2 | William P. Cole (Government)

3 | Caroline Pineda Han (Government)

4 |

I certify under penalty of perjury that the foregoing is true and correct.

5 |

Executed on:   July 20, 2012

6 |                       New York, New York

                                                          /S/ Alice L. Fontier

7 |                                                             Alice L. Fontier

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28