**JOSHUA L. DRATEL**
Admitted *Pro Hac Vice*
**ALICE L. FONTIER**
California State Bar No.229994
DRATEL & MYSLIWIEC, P.C.
2 Wall Street, 3rd Floor
New York, New York 10005
Telephone: (212) 732-0707

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER )**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BASAALY MOALIN, *et. al.*,<br><br>　　　　Defendant. | Case No. 10-CR-4246 (JM)<br><br>Date: August 22, 2012<br>Time: 10:30 a.m.<br><br><u>NOTICE OF JOINT MOTION</u><br><u>AND JOINT MOTION TO:</u><br><br>WITHDRAW THE MOTION TO<br>FILE UNDER SEAL, DATED<br>JULY 20, 2012 |

TO:　　LAURA E. DUFFY, UNITED STATES ATTORNEY, AND
　　　　WILLIAM COLE, ASSISTANT UNITED STATES ATTORNEY
　　　　CAROLINE PINEDA HAN, ASSISTANT UNITED STATES ATTORNEY

　　　PLEASE TAKE NOTICE that defendants BASAALY MOALIN, MOHAMED MOHAMED MOHAMUD, ISSA DOREH, and AHMED NASIR TAALIL will respectfully move, on August 22, 2012, at 10:30 a.m., before the Honorable Jeffrey T. Miller, United States District Judge for the Southern District of California, located at 940 Front Street, San Diego, California, for an order, withdrawing the Motion to File Under Seal with respect to the *Ex Parte and In Camera* Declaration of Alice L. Fontier, in Support of the Motion to Take Foreign Depositions Pursuant to Rule 15, filed July 20, 2012.

　　　This joint motion is based upon the instant motion and notice of motion, the files and records in the

above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

                                                                    Respectfully submitted,

                                                                    S/ Alice L. Fontier

DATED:      August 1, 2012               **JOSHUA L. DRATEL**
                                                                      **ALICE L. FONTIER**
                                                                      DRATEL & MYSLIWIEC, P.C.
                                                                      2 Wall Street, 3rd Floor
                                                                      New York, New York 10005

                                                                    *Attorneys for Basaaly Moalin*