**JOSHUA L. DRATEL**
Admitted *Pro Hac Vice*
**ALICE L. FONTIER**
California State Bar No.229994
JOSHUA L. DRATEL, P.C.
2 Wall Street, 3rd Floor
New York, New York 10005
Telephone: (212) 732-0707

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER )**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-CR-4246 (JM) |
| Plaintiff, ) | |
| v. ) | SUPPLEMENTAL DECLARATION OF ALICE L. FONTIER IN SUPPORT OF DEFENDANTS'S JOINT MOTION PURSUANT TO RULE 15 |
| BASAALY MOALIN, ) | |
| Defendant. ) | |

ALICE L. FONTIER, pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

1. I am an attorney, and along with Joshua L. Dratel, Esq., represent defendant Basaaly Moalin in the above-captioned case. I make this Supplemental Declaration in support of the defendants' joint motion, pursuant to Rule 15, Fed.R.Crim.P., to take depositions of eight prospective defense witnesses who are not located in the United States, and who are unable to appear in the United States for trial, but who are willing to be deposed in Somalia. This Declaration was previously filed as an *ex parte in camera* Declaration, with a Motion to File Under Seal. However, after discussions with the government, the defense now files this Declaration in the public forum through the ECF system.

2. The eight prospective defense witnesses – Najib Mohammad, Farah Shidane, Abukar Dahir

1  Mohamed, Sheik Abdur Rahman, Sharif Qorey, Dr. Bashir Ahmed Salad, Osman Isse Nor, and Hassan
2  Mohamud Guled – are Somali nationals.

3       3. This Supplemental Declaration is being made *ex parte* and *in camera* because, in setting forth
4  the relevance, admissibility, and materiality of the witnesses' anticipated testimony, it discloses defense
5  strategy as it pertains to the witnesses' anticipated testimony. The sources of the information are the
6  interviews that Ahmed Ghappour, Esq. (counsel for co-defendant Issa Doreh) and I personally conducted
7  of each of the witnesses in Mogadishu, Somalia, between June 10, 2012, and June 15, 2012.

**Hassan Mohamud Guled, a/k/a "Sheikalow"**

9       4. The Indictment rests on the notion that the defendants transmitted money from California to
10  Aden Ayrow, a prominent military leader of *al-Shabaab*, to fund and support *al-Shabaab* fighters, and
11  their operations and attacks in Somalia. At the core of the government's case is the allegation that Mr.
12  Moalin utilized direct telephone contact with Mr. Ayrow to communicate regarding funds needed by
13  troops and the use of Mr. Moalin's house.

14       5. There are no persons identified as "Aden Ayrow" (or any derivative of the name) in the call
15  intercepts provided by the government. Instead, the government believes that the person on the calls
16  identified as "Sheikalow" is Aden Ayrow (using an alias).

17       6. Hassan Guled will testify that his nickname is "Sheikalow." He also recalls a telephone
18  conversation with Mr. Moalin during the time frame, and covering the same subject matter, as reflected in
19  an intercepted telephone conversation between Mr. Moalin and "Sheikalow." Thus, it will be the
20  defense's contention that Mr. Guled, and not Aden Ayrow, is the person identified on the calls as
21  "Sheikalow." The defense will also contend that Mr. Guled is *not* Aden Ayrow, and that Mr. Ayrow is not
22  overheard on any of the intercepted calls.

23       7. Mr. Guled was police commissioner of the Gelguduud region at the relevant time. He had many
24  police officers working for him. They required guns and other weapons in order to effectively defend
25  against *al-Shabaab*'s attacks on the region. He used Mr. Moalin's house on more than one occasion for
26  administrative purposes. The first six of the twelve monetary transfers identified in the Superseding
27  Indictment are transfers to "Sheikalow." *See* Superseding Indictment, attached as Exhibit 1 to the Fontier
28  Dec. at paragraph 10(g). Mr. Guled will testify that he requested money from Mr. Moalin, and in fact

received it for the purpose of defending the Gelguduud region *against al-Shabaab*.

8. Sheikalow is a nickname that means "of the Sheikal tribe." Mr. Guled was given this name because the Sheikal tribe has a reputation for being peaceful, and he was always trying to resolve problems peacefully.

### Farah Shidane, a/k/a "Farah Yare"

9. Farah Shidane, a/k/a "Farah Yare," is named by the government in the affidavit for a search warrant as the person to whom Mr. Moalin started sending money in support of *al-Shabaab*, following the death of Aden Ayrow. The government specifically alleges that in July, 2008, Mr. Moalin, sent $5,000.00 to Mr. Shidane in support of *al-Shabaab*. *See* Application for a Search Warrant, attached to the Fontier Dec. as Exhibit 5, and Superseding Indictment, attached to the Fontier Dec. as Exhibit 1, at paragraph 10(g).

10. In July 2008, the Transitional Federal Government of Somalia ("TFG") had extremely limited support within and control of Somali territory. The Gelguduud region is located in central Somalia. This region includes the cities of Dhusamarreb and Gurieel. It is bordered on its west side by Ethiopia, with whom Somalia had just been at war. *Al-Shabaab* controlled the area between Gelguduud and Mogadishu (to the Southeast). As a result, Gelguduud was essentially isolated. Due to that isolation, the Gelguduud region was for all practical purposes autonomous. From 2006, the time of the Ethiopian invasion, through the end of 2008, the Gelguduud region was governed by the local administration.

11. The local administration organized itself into committees, which included a development council, a humanitarian committee, and a security committee. The development committee focused on creating infrastructure, primarily through the construction and administration of schools. The humanitarian committee focused on the needs of the people, which included providing basic food, water, and shelter to orphans and others in need. This committee created and maintained the Orphan Care Center in Gurieel. The security committee was first organized as "*medeni*," which were essentially neighborhood watches. However, these *medeni* were quickly consolidated in a single group called a "*makuma*," which was a police force. The local administration also created "*ifkahalane*," which were courts. The *makuma* constituted the police and local army for defense of the region. They were primarily responsible for maintaining security against attacks by *al-Shabaab* and invasion by Ethiopia.

12. The local administration model in Gelguduud was so successful, especially with respect to security, that it was copied and reproduced in other regions of Somalia, eventually leading to several districts developing their own *ifkahalane* (court). Those courts subsequently formed the Union of Islamic Courts ("UIC"). Current TFG President Sheik Sharif was a prominent member of the UIC.

13. Mr. Shidane is a member of the Ayr clan from the Gelguduud region. He has known Mr. Moalin for many years. He was a member of the local administration in the Gelguduud region in July 2008. He was also treasurer of the development council for the local administration of that region. Mr. Shidane is also a prominent member of the UIC, and has actively opposed *al-Shabaab*.

14. Mr. Shidane will testify about the history and development of the local administration, his role in the administration, and his opposition to *al-Shabaab*. In addition, he will state that he received money from Mr. Moalin because he was the treasurer of the development council. He will testify that the money received from Mr. Moalin was used to build and maintain the Orphan Care Center, a school in Gurieel, and provided critical humanitarian aid during the drought. It was not intended for, or provided to, *al-Shabaab*.

15. In addition, Mr. Shidane was the aid distribution coordinator in Somalia for Humanitarian African Relief Organization ("HARO"), and will discuss his role with that organization.

16. Mr. Shidane will also describe the events in 2008 when *al-Shabaab* first began to infiltrate the Gelgaduud region, and the ensuing fight by the local populace, and the local administration, to defend the region against *al-Shabaab*'s depredations. He will describe the fight against *al-Shabaab*, the danger to his life, and the accompanying need for him to flee Gelgaduud and reside in Somaliland (to the North) for several months.

**Najib Mohammed**

17. Najib Mohammed is recorded on a large number of telephone calls with Mr. Moalin. Some of these calls are included in the 120 calls the government has translated verbatim and deemed "material." Money transfers to Mr. Mohammed from Mr. Moalin have also been identified as being "of interest" to the FBI. *See* FD-302, dated October 25, 2010, attached as Exhibit 3 to the Fontier Dec. The FBI has identified transfers to Mr. Mohammed on July 23, 2008, August 4, 2009, and August 15, 2009, as transfers that are "of interest."

18. Najib Mohammed operated a call center in Somalia. The majority of Basaaly Moalin's calls to Somalia were placed through Mr. Mohammed's call center. Mr. Mohammed would testify that Basaaly Moalin called almost every morning to talk to his family and other persons in Somalia. In addition, during the Ethiopian invasion of Somalia, from 2007-2008, while Mr. Moalin's calls were being intercepted by the U.S. government pursuant to the Foreign Intelligence Surveillance Act ("FISA"), Mr. Mohammed will state that he lived in a region that was in the center of the conflict. Mr. Moalin, among many other people, would call him and ask for a report on what was occurring in the area, and for the latest updates on the conflict. Mr. Mohammed's conversations with Mr. Moalin about the conflict were based on Mr. Mohammed's own observations and what he heard on the local news. Mr. Moalin transferred money to Mr. Mohammed to pay for the use of his telephone service.

19. Mr. Mohammed would further testify that he remembers connecting Mr. Moalin to a man referred to as "Sheikalow."[1] He would further testify that he believes that Sheikalow was someone in charge of security in the central region of Somalia.

### Sheik Abdul Rahman, a/k/a "Geedow Qorow"

20. Mr. Rahman is the current Governor of Dhusamarreb and Chairman of the Development Council. Mr. Rahman is also Mr. Moalin's brother-in-law. He worked with the Ilyes Foundation to develop schools in Dhusamarreb. The Ilyes Foundation is responsible for constructing and administering over 30 schools in central Somalia. The schools are funded in large part by support from the diaspora. Mr. Rahman will testify about Mr. Moalin's support of the Ilyes Foundation, both morally and financially. Mr. Rahman will also testify that *al-Shabaab* is opposed to the development of schools and local government.

21. In addition, Mr. Rahman, will testify about the events that occurred in Dhusamarreb during and after the 2008 period when *al-Shabaab* invaded and briefly took control of the region. Mr. Rahman actively fought to defend against *al-Shabaab*, and successfully regained control of the region. Following the defeat of *al-Shabaab*, Mr. Rahman was one of the leaders of the group that formed *Ahlu Suna Wa Jameea* (hereinafter "*Ahlu Suna*").

22. *Ahlu Suna* follows the Sufi tradition of Islam, which is a traditional but moderate form of Islam. Sufism is considered heretical by *al-Shabaab*.[2]

23. Mr. Moalin owns a house in Gurieel. The government alleges that Mr. Moalin provided his house to Aden Ayrow, in support of *al-Shabaab*. Mr. Rahman will testify that it was not *al-Shabaab*, but rather *Ahlu Suna* that used Mr. Moalin's house as an office and residence for seven months for various of its members while *Ahlu Suna* was actively defending the region from *al-Shabaab*. *Ahlu Suna* still uses Mr. Moalin's house for meetings because it is one of the larger residences in Gurieel.

24. Mr. Rahman will further testify that prior to *Ahlu Suna*'s defeat of *al-Shabaab*, Gelgaduud was governed by a local administration. That administration appointed a police commissioner for the region whose name was Hassan Mahamud Guled. Mr. Guled's nickname was "Sheikalow." Sheikalow was responsible for security in the area. Sheikalow's job as police commissioner required him to guard property, secure the area from *al-Shabaab*, and enforce the laws. Mr. Rahman will state that it would not have been abnormal for the diaspora, including Mr. Moalin, to speak to Sheikalow directly and provide funds as needed. Mr. Rahman will also testify that, contrary to the government's allegation, Mr. Guled, a/k/a "Sheikalow," is *not* Aden Ayrow.

25. Mr. Rahman will additionally testify that he has been, and continues to be an *al-Shabaab* target. In fact, he has been the intended target of *al-Shabaab* roadside bomb attacks.

### Abukar Dahir Mohamed

26. Mr. Mohamed is the TFG's current Advisor of Higher Education and Culture. He is a personal friend of and close advisor to TFG President Sheik Sharif. Mr. Mohamed has been a part of the TFG since Sheik Sharif was elected. He was previously the Director General of the Ministry of Higher Education and Culture.

27. Prior to working for the TFG, Mr. Mohamed was the head of the local administration of Gelgaduud. He is also one of the foremost leaders of the UIC. Mr. Mohamed was also the chairman of the Gelgaduud region's development council. In that capacity he was responsible for the construction and administration of local schools.

28. Mr. Mohamed formed the Ilyes Foundation in 2007. Ilyes is funded in large part by Formal Private Education in Somalia (FPENS) (fpens.net). However, Ilyes also relies on donations, which are primarily provided by the Somali diaspora. Ilyes has constructed and administers 31 schools in central Somalia. One of these schools is located in Gurieel.

29. Mr. Mohamed and Mr. Moalin have been friends since they were children. Mr. Mohamed will testify that Mr. Moalin has always supported him and the development of Gurieel both as a friend and financially. In fact, Mr. Moalin was one of the largest financial contributors to the construction and administration of the school in Gurieel. Two money transfers to Mr. Mohamed are among the sixteen identified by the FBI as "of interest." *See See* FD-302, dated October 25, 2010, attached as Exhibit 3 to the Fontier Dec.

30. After the school was constructed, Mr. Moalin sponsored between 30 and 45 students. His sponsorship included purchasing supplies, food, and housing. In addition, Mr. Moalin paid $5.00 per student, per month in order to assist with the school administration costs. Students Mr. Moalin has sponsored have attended college because of his support. Mr. Mohamed will testify that he personally received money from Mr. Moalin for this purpose during the relevant time period.

31. Mr. Mohamed will further testify that he has always opposed *al-Shabaab*. He was forced to flee Gurieel and reside in Somaliland in 2008 because he was a primary target of *al-Shabaab*. He continues to be a target of *al-Shabaab* today.

32. Mr. Mohamed is a personal friend of Hassan Guled, and will testify that Mr. Guled was the police commissioner under his local administration. In addition, he will testify that Mr. Guled's nickname was and remains "Sheikalow," and that he is not Aden Ayrow.

**Sharif Qorey**

33. Mr. Qorey is heard on several intercepted calls with Mr. Moalin. In addition, he received money from Mr. Moalin during the relevant time period. Five of the sixteen money transfers identified as "of interest" by the FBI are transfers to Mr. Qorey. *See* FD-302, dated October 25, 2010, attached as Exhibit 3 to the Fontier Dec. Mr. Qorey will testify that he was responsible for supervising the work on Mr. Moalin's house, and provided payments to persons performing work on the house.

34. In addition, Mr. Qorey will testify he gave access to the house to members of *Ahlu Suna*. He, too, remembers Sheikalow. He did not know him personally, but remembered him using Mr. Moalin's house, and that his name was "Hassan."

**Dr. BashirAhmed Salad**

35. Dr. Salad is the head Somali Imam. He was previously a teacher at Karachi University in

1  Pakistan. He was teaching at the Islamic International University when he met defendant Mohamed
2  Mohamud, who was studying in Islamabad. Dr. Salad has stayed in contact with Mr. Mohamud and other
3  members and leaders of the North American Islamic Council (NAIC).

4  36. NAIC follows the same teachings as the Somali organization which Dr. Salad heads –
5  Council of Somali Religious Scholars. The goal of this organization is to unify Somali Imams under a
6  moderate peaceful teaching.

7  37. *Al-Shabaab* websites specifically list the Counsel of Somali Religious Scholars, NAIC, and
8  their leaders as being "against *al-Shabaab*." Dr. Salad understands this to mean that he and the other
9  leaders are targets of *al-Shabaab*. Thus, Mr. Mohamud, as a prominent member of NAIC, is also an *al-*
10 *Shabaab* target.

**Osman Isse Nor**

12 38. Mr. Nor is a member of *Ahlu Suna*. He fought against *al-Shabaab* when it took control of
13 Gurieel in December 2008. He is the current Governor of Gurieel, and has been so since October 2009.
14 Prior to becoming Governor, Mr. Nor was Deputy Chairman of Gurieel.

15 39. Mr. Nor was working as Deputy Chairman when *al-Shabaab* invaded. He fought to defend
16 against *al-Shabaab* but was forced to flee for his life. Mr. Nor has been the target of four attempted
17 murders by *al-Shabaab*. He was the intended target of roadside bomb attacks December 12, 2009,
18 August 9, 2010, and September 12, 2012. A hand grenade was thrown into his house August 21, 2010.

19 40. Mr. Nor is very familiar with the Orphan Care Center (OCC) in Gurieel. He states that it was
20 built by the Somali diaspora, with Mr. Moalin being one of the leaders. Mr. Nor will further testify that
21 4-5 years ago 80-100 people were living in the OCC. However, following defendants' arrest, there are
22 now 20-30 people using it as a shelter, but they have no new supplies.

23 41. Mr. Nor will state that Hassan Guled's nickname was "Sheikalow," that Mr. Guled is not
24 Aden Ayrow, and that Mr. Ayrow is not overheard on any of the intercepted calls.

25 WHEREFORE, it is respectfully requested that the Court grant in its entirety the defendants's
26 joint motion, pursuant to Rule 15, Fed.R.Crim.P., to take depositions and for any such other and further
27 relief as to this Court deems just and proper.

28

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  28 U.S.C. §1746.

Executed: August 1, 2012                            <u>S/ Alice L. Fontier  </u>

                                                  ALICE L. FONTIER

1. Throughout this Declaration, and in the accompanying motion the name of this individual will be spelled "Sheikalow."  However, in the transcripts of the calls, the search warrant affidavit, the Indictment, and other discovery materials this name is spelled variously, "Sheikalow," "Shikalow," and "Shiqalow."

2. According to recent reports, Islamic fundamentalists in Mali have destroyed ancient Sufi sites. *See, e.g.,* "Timbuktu's tombs ruined by militants," The Canberra Times, July 2, 2012, *available at* http://www.canberratimes.com.au/world/timbuktus-tombs-ruined-by-militants-20120701-21asg.html