1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10
UNITED STATES OF AMERICA,          )        Case No. 10CR4246-JM
11                                 )
                      Plaintiff,   )
12            v.                   )
                                   )        **ORDER GRANTING EXTENSION OF**
13   BASAALY MOALIN et al.,        )        **TIME**
                                   )
14                    Defendant.   )
                                   )
15                                 )
                                   )
16

17        IT IS HEREBY ORDERED that the United States' response to Defendants' Joint Motion to

18   Take Deposition [docket no. 154], in the above-captioned case, shall be filed on August 7, 2012, and

19   the defendants' reply brief is to be filed on August 14, 2012.

20   DATED:  August 3, 2012

21                                         _____

22                                         Hon. Jeffrey T. Miller
                                           United States District Judge
23
24
25
26
27
28