LAURA E. DUFFY
United States Attorney
WILLIAM P. COLE
CAROLINE P. HAN
Assistant United States Attorney
Cal. State Bar No. 186772/250301
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone: (619) 546-6762/6968
Email:    William.P.Cole@usdoj.gov
          Caroline.Han@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No. 10CR4246-JM |
| Plaintiff, | **DECLARATION OF WILLIAM P. COLE IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO TAKE DEPOSITIONS PURSUANT TO RULE 15, FED.R.CRIM.P.** |
| v. | |
| BASAALY MOALIN, et al. | |
| Defendants. | |
| | Date:  August 22, 2012 |
| | Time: 10:30 a.m |

I, William P. Cole, declare as follows:

1.   I am an Assistant United States Attorney assigned to the above-captioned matter.

2.   Attached hereto as Exhibit 1 is an excerpt from the transcript of proceedings in this matter on April 5, 2012.

3.   Attached hereto as Exhibit 2 is a translation pertaining to an audio call dated January 20, 2008.

4.   Attached hereto as Exhibit 3 is a translation pertaining to an audio call dated February 3, 2008.

5.   Attached hereto as Exhibit 4 is a translation pertaining to an audio call dated February 9, 2008.

6.    Attached hereto as Exhibit 5 is a translation pertaining to an audio call dated February 10, 2008.

7.    Attached hereto as Exhibit 6 is a translation pertaining to an audio call dated February 14, 2008.

8.    Attached hereto as Exhibit 7 is a translation pertaining to an audio call dated February 17, 2008.

9.    Attached hereto as Exhibit 8 is a translation pertaining to an audio call dated April 25, 2008.

10.   Attached hereto as Exhibit 9 is a translation pertaining to an audio call dated April 25, 2008.

11.   Attached hereto as Exhibit 10 is a translation pertaining to an audio call dated April 27, 2008.

12.   Attached hereto as Exhibit 11 is a news article titled, "US confirms Somali missile strike."

13.   Attached hereto as Exhibit 12 is a translation pertaining to an audio call dated May 1, 2008.

14.   Attached hereto as Exhibit 13 is a translation pertaining to an audio call dated May 1, 2008.

15.   Attached hereto as Exhibit 14 is a translation pertaining to an audio call dated January 3, 2008.

16.   Attached hereto as Exhibit 15 is a translation pertaining to an audio call dated July 2, 2008.

17.   Attached hereto as Exhibit 16 is a translation pertaining to an audio call dated July 2, 2008.

18.   Attached hereto as Exhibit 17 is a translation pertaining to an audio call dated July 8, 2008.

19.   Attached hereto as Exhibit 18 is a translation pertaining to an audio call dated July 10, 2008.

20.   Attached hereto as Exhibit 19 is a copy of a news article titled, "Rep. Donald Payne In Somalia: Mortars Fired At Congressman."

21.   Attached hereto as Exhibit 20 is a copy of a news article titled "Somali Suicide attacker hit Mogadishu airport."

22.   Attached hereto as Exhibit 21 is a translation summary pertaining to an audio call dated September 14, 2008.

23.   Attached hereto as Exhibit 22 is a translation summary pertaining to an audio call dated October 21, 2008.

24.   Attached hereto as Exhibit 23 are copies of several news articles concerning violence in Somalia.

I declare under penalty of perjury that the foregoing is correct to the best of my knowledge, information and belief.

DATED:    August 7, 2012

_William P. Cole_
WILLIAM P. COLE

# EXHIBIT 1

1              United States District Court

2              Southern District of California

3

4    UNITED STATES OF AMERICA,        )
                                      )
5                    Plaintiff,       )
                                      )
6       vs.                           ) Case No. 10-CR-4246 JM
                                      ) Status Hearing
7    BASAALY SAEED MOALIN,            ) Thursday, April 5, 2012
     MOHAMED MOHAMED MOHAMUD,         )
8    ISSA DOREH,                      )
     AHMED NASIR TAALIL MOHAMUD,      )
9                                     )
                     Defendants.      )
10   _____)

11

           Before the Honorable Jeffrey T. Miller
12                United States District Judge

13

14

15

16

17

18

19

20   Official Interpreter:    Maryam Adbi, Registered Interpreter

21   Official Court Reporter: Debra M. Henson, CSR, RPR
                              U.S. Courthouse
22                            940 Front Street, Suite 5190
                              San Diego, CA  92101
23                            (619) 238-4538

24

25              Record produced by stenographic reporter

```
 1   Appearances

 2   For the Government:        Laura E. Duffy
                                UNITED STATES ATTORNEY
 3                              William P. Cole
                                Caroline P. Han
 4                              ASSISTANT U.S. ATTORNEYS
                                880 Front Street, Suite 6293
 5                              San Diego, CA  92101

 6   For the Defendants:
     (Mr. Moalin)              Joshua L. Dratel, Esq.
 7                             Alice L. Fontier, Esq.
                               OFFICE OF JOSHUA L. DRATEL
 8                             2 Wall Street, Third Floor
                               New York, NY  10005
 9
     (Mr. M. Mohamud)          Linda Moreno, Esq.
10                             LINDA MORENO, P.A.
                               P.O. Box 10985
11                             Tampa, FL  33679

12   (Mr. Doreh)               Ahmed Ghappour, Esq.
                               LAW OFFICES OF AHMED GHAPPOUR
13                             P.O. Box 20367
                               Seattle, WA  98102
14
     (Mr. A. Mohamud)          Thomas A. Durkin, Esq.
15                             DURKIN & ROBERTS
                               2446 N. Clark Street
16                             Chicago, IL  60614

17

18

19

20

21

22

23

24

25
```

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY
3

1        San Diego, California - Thursday, April 5, 2012

2        (Defendant Ahmed Nasir Taalil Mohamud is being assisted

3    by Somali interpreter Maryam Abdi.)

4              THE CLERK:  Calling matter 1 on calendar,

5    10-CR-4246, USA versus Basaaly Saeed Moalin, Mohamed Mohamed

6    Mohamud, Issa Doreh, Ahmed Nasir Taalil Mohamud, set for

7    status hearing.

8              THE COURT:  Counsel?

9              MR. COLE:  Good morning, your Honor.  William Cole

10   and Caroline Han for the United States.

11             MR. DRATEL:  Good morning, your Honor.  Joshua

12   Dratel and Alice Fontier for Basaaly Moalin, who is being led

13   to the jury box at this time.

14             MS. FONTIER:  Good morning, your Honor.

15             MS. MORENO:  Good morning, your Honor.  Linda

16   Moreno on behalf of Mohamed Mohamud, who's in custody,

17   present in the courtroom.

18             MR. DURKIN:  Tom Durkin on behalf of Ahmed Nasir

19   Taalil Mohamud, who is present and in custody.

20             MR. GHAPPOUR:  Good morning, your Honor.  Ahmed

21   Ghappour on behalf of Issa Doreh, who is present in custody.

22             THE COURT:  All right.  Thank you all.  Let the

23   record -- that's fine, gentlemen, please be seated, and

24   welcome.  Okay.  This is set for status conference today, and

25   we have a few matters I think the defense wanted to discuss.

1    The government signed or submitted a statement of issues for

2    today's hearing indicating they had no matters to be

3    addressed at this point.

4          So looking at what's been submitted by counsel for

5    defendant Moalin, the first item here is a reference to

6    depositions pursuant to Rule 15, and there's a cryptic

7    passage here that there are multiple witnesses in Somalia who

8    are critical to the defense and cannot travel to the United

9    States.  If there are any issues related to depositions or

10    discovery, I'm just going to defer all of those to the

11    magistrate judge, Judge Gallo; and so after today's hearing,

12    counsel can repair to Judge Gallo's chambers, and they can

13    accommodate you by setting up a status conference or some

14    kind of hearing date in the future where they can address any

15    such -- any such concerns.  Judge Gallo is not in today, he's

16    out for approximately a week, out of the district, but his

17    staff is ready, willing, and able to receive you today if you

18    need to address deposition or other discovery issues.

19          The second matter indicates that the defendants

20    wish to identify exculpatory material that counsel believe

21    may be, well, exculpatory, which may be in the government's

22    possession.  That's fine.  Counsel may certainly advise me in

23    writing, as they've done already, and if there's any

24    additional information that needs to be provided, they can do

25    that.  It is possible that in the future counsel and I may

AVAILABLE AT PUBLIC TERMINAL FOR VIEWING ONLY

1   sit down together in an ex parte setting, but that is unknown

2   at this time.

3         Okay.  Moving on, there are -- there's a third item

4   here, that counsel -- wherein counsel are suggesting that

5   they are available should the Court have any questions with

6   respect to outstanding pretrial motions.  Counsel, I

7   appreciate your offer.  At this time I do not have any

8   questions concerning outstanding pretrial motions.

9         I will give you a little bit of a status update in

10  terms of my progress here.  I do have the FISA materials in

11  my possession.  They are voluminous -- let me put it that

12  way -- they are something on the order of 2,000 pages or

13  something approaching 2,000 pages.  And so I am in the

14  process of reviewing those materials.  The CIPA materials

15  have not yet been provided to me.  I understand that they

16  will be forthcoming.  So that kind of gives you a bit of a

17  head's up as to where I am in all of this.

18        So I have no further questions of counsel at this

19  time, but, once again, I do appreciate your gracious offer as

20  you've set it forth in the third item of your status report

21  here.

22        The fourth is also a contingent suggestion.  It

23  reads, Also should the Court request an ex parte, in-camera

24  meeting with defense counsel to discuss materials submitted

25  by the government pursuant to Section 4 of CIPA and that

1    material's impact on the defense, defense counsel are

2    available.  Once again, I appreciate your offer.  At this

3    point -- I don't think at this point I could respond to it.

4            The fifth item here states that in addition,

5    defendants wish to apprise the Court of an issue with respect

6    to the interpreter who served as the Somali translator during

7    the most recent court appearance in the case.  I'm certainly

8    happy to hear any concerns you may have there.

9            And then the sixth and last item indicates that

10   defendants wish to inform the Court of ongoing difficulties

11   in obtaining independent translations of the recorded

12   conversations.

13           So that pretty much sums up where things are from

14   my perspective right now, and it looks like items 5 and 6 may

15   need some attention at this point.  Before we get to those

16   two items, anything from the government?  Even though there

17   was nothing set forth as a concern nor a request in the

18   government's status report, Mr. Cole, anything to add?

19           MR. COLE:  No, your Honor, we really -- we really

20   don't have any issues for today other than responding to what

21   the defense might have.

22           THE COURT:  Okay.  All right.  If anyone would like

23   to be heard with respect to the fifth item, please.

24           MR. DRATEL:  Your Honor, may I just briefly be

25   heard just on two other items just to give the Court some

1   more information?

2           THE COURT:  Okay.

3           MR. DRATEL:  One is on Rule 15, it was our -- and

4   we've talked to the government about this, and so we're

5   trying to do this in as efficient manner as possible, and

6   obviously we'll go to Magistrate Judge Gallo, but we wanted

7   to sort of propose to the Court and to the government just --

8   is that we will make a Rule 15 motion.  We will identify the

9   witnesses as we make a decision as to whether they are worth

10  deposing or not, and so we'll try to do that on a rolling

11  basis, but also that we were projecting that we should set

12  aside -- when I say "we," I mean counsel -- just for

13  logistical purposes and because of the nature of making these

14  plans, perhaps August until -- you know, we alerted the

15  government that we think August would be an opportune time to

16  get these done, however many they are and to try to sort of

17  get everybody's calendar in order.  And like I say, it's not

18  the Court obviously but counsel.  And so we'll be making a

19  motion and supplementing with just the individual names as we

20  add to it.

21          And also with respect to exculpatory material, we

22  did receive some additional discovery from the government

23  late or -- either early this week or late last week, and that

24  I think includes some of it and perhaps all the material that

25  we earmarked, so we don't have anything to say today about

# EXHIBIT 2

# EXHIBIT 3

# EXHIBIT 4

# EXHIBIT 5

# EXHIBIT 6

# EXHIBIT 7

# EXHIBIT 8

# EXHIBIT 9

# EXHIBIT 10

# EXHIBIT 11

**Cookies on the BBC website**

We use cookies to ensure that we give you the best experience on our website. We also use cookies to ensure we show you advertising that is relevant to you. If you continue without changing your settings, we'll assume that you are happy to receive all cookies on the BBC website. However, if you would like to, you can change your cookie settings at any time.

**Continue**

Find out more

ADVERTISEMENT



Mortgage Rates Hit
**3.32% APR**
lendingtree

10 year fixed rate | 20 year fixed rate | 30 year fixed rate | $150k loan $581/mo | $300k loan $1,155/mo | $400k loan $1,680/mo

▶ Watch **ONE-MINUTE WORLD NEWS**

**News Front Page**

Africa
Americas
Asia-Pacific
Europe
Middle East
South Asia
UK
Business
Health
Science & Environment
Technology
Entertainment
Also in the news
----------------
Video and Audio
----------------
Programmes
Have Your Say
In Pictures
Country Profiles
Special Reports

Related BBC sites
Sport
Weather
On This Day
Editors' Blog
BBC World Service

Languages

Page last updated at 18:18 GMT, Thursday, 1 May 2008 19:18 UK

✉ E-mail this to a friend          🖶 Printable version

# US confirms Somali missile strike

**The US military has confirmed that it carried out a pre-dawn missile strike which killed a senior leader of an Islamist militant group in Somalia.**




Ayro was never seen at a public gathering and avoided interviews

A spokesman said the target of the attack in the town of Dusamareb was an al-Qaeda leader, but would not name him or say whether it had been successful.

The strike hit the home of Aden Hashi Ayro, the military head of al-Shabab, which controls much of Somalia.

At least 10 other people, including another al-Shabab leader, also died.

But local elders have said up to 30 bodies have been recovered from the scene, according to unconfirmed reports.

**'Militia leader'**

Speaking to reporters on Thursday, the US Central Command confirmed it had attacked al-Qaeda militants in Somalia, but would not say whether it was an air strike nor name the intended target.

"It was an attack. If we say too much then we give away platforms and things that we use," CentCom spokesman Bob Prucha told the Associated Press.

"It was an attack against a known al-Qaeda target and militia leader in Somalia," he added, giving no further details.

An al-Shabab spokesman, Mukhtar Robow Abumansur, told the BBC that Ayro was killed along with another senior leader, Muhiyadin Muhammad Umar.

> 66 **This incident will cause a lot problems to US interests in the region and the governments who support the US, by that I mean its allies who are puppets** 99
>
> Mukhtar Robow Adumansur
> Al-Shabab spokesman
>
> Profile: Somalia's Islamic 'lads'
> Q&A: Somali conflict

Considered a terrorist group by the US, al-Shabab began as the youth and military wing of the Somali Union of Islamic Courts (UIC), which controlled much of southern and central Somalia in 2006.

When, at the end of that year, the UIC was driven from power by Ethiopian troops supporting the country's transitional government, al-Shabab melted away into remote and distant parts of the country.

It has since re-emerged as a radicalised group of young fighters, who have been conducting an insurgency against the government and its Ethiopian allies, and attacking African Union peacekeepers.

ADVERTISEMENT

chrome

**Download Google Chrome**

**SOMALIA - FAILED STATE**

ISLAMISTS ON THE RISE



**Islamist rivalry**
Why Somalia's allies have fallen out

FBI probe biggest plot since 9/11
Meeting al-Shabab
Mogadishu's lost innocents
Journalist: 'I saw my boss shot dead'
Somali rage at grave desecration
Justice - Islamist-style
Profile: President Ahmed

PIRACY HOT-SPOT



**Pirate bay**
How Somali port is tackling modern-day Blackbeards

Somali navy chief: World's worst job?
Inside story of pirate attack
Chasing the money trail
Piracy symptom of bigger problem
'It's a pirate's life for me'
Mapping piracy
Q&A: Somali piracy

PERSONAL STORIES

Case 3:10-cr-04246-JM   Document 161-1   Filed 08/07/12   Page 23 of 54

The US has said al-Shabab is part of the al-Qaeda network, although analysts say it is impossible to accurately establish those links. Al-Shabab's leaders insist it is a purely Somali movement.

Ayro, its military commander, received training in Afghanistan in the 1990s and was an instrumental military figure as the UIC took control of Mogadishu.

The head of the BBC's Somali Service, Yusuf Garaad, says Ayro was considered by fellow militants as a soldier rather than a politician.



He never addressed a rally, was never seen at a public gathering and did not like to give interviews either, our correspondent says.

But his name came into the public domain few years ago when a group of Somali warlords co-operating with Western intelligence agencies stormed his house in the capital. Two men were kidnapped from the house, but Ayro escaped unhurt.

He also escaped a US air strike near the southern port of Kismayo a year ago with only a minor injury.



How the US planned the attack

### 'Horrific sight'

The US military is believed to have used a combination of human informants on the ground and precision-guided missiles fired from offshore in the Indian Ocean.

Locals said the missiles hit Ayro's home at about 0300 (0000 GMT).

"We heard a huge explosion and when we ran out of our house we saw balls of smoke and flames coming out of house," Dusamareb resident Nur Geele told the BBC.

"The house was totally destroyed to the ground, also other houses nearby," local elder Ahmed Mumin Jama said.

> **66 The house that was attacked was a small concrete villa and it has been destroyed- the sight is quite horrific 99**
>
> Dr Ahmed Mahdi
> Dusamareb Hospital

Dr Ahmed Mahdi at Dusamareb Hospital told the BBC he was treating eight civilians, including women and children, for burns and shrapnel wounds.

"The house that was attacked was a small concrete villa and it has been destroyed," he said. "The adjacent houses which were made from traditional mud were also destroyed. The sight is quite horrific."

One of the women has since died, bringing the death toll so far to 11.

An al-Shabab spokesman warned that there would now be revenge attacks.

Woman doctor [ ▾ ] GO

BACKGROUND
Q&A: Somalia's conflict
Country profile

SERVICES
 **News alerts**
Get the latest breaking news delivered to your desktop or mobile device

TOP AFRICA STORIES
Nigeria state oil firm 'insolvent'
France to help Africa veterans
Churches call for Sudan to split
🔊 | News feeds

MOST POPULAR STORIES NOW
SHARED    READ    WATCHED/LISTENED
Ronaldo in transvestite scandal
Facebook has 83 million 'fakes'
Ferguson denies Man Utd windfall
Planes in near miss at US airport
Olympics 2012: The secrets behind national anthems
Joy as medals roll in for Team GB
Putin urges Pussy Riot leniency
Colorado accused's 'warning sign'
Annan resigns as UN Syria envoy
DNA clue to why women live longer

› Most popular now, in detail

"This incident will cause a lot problems to US interests in the region
and the governments who support the US, by that I mean its allies
who are puppets," Mr Robow told the BBC, referring to Ethiopia which
backs Somalia's interim government.

"I am letting the citizens of the US and the allies know they are not
going to be safe in this area."

**Are you in Somalia? Are you in Dusamareb? What do you think
of the air strike? Send us your comments.**

Name

Your E-mail address

Town & Country

Phone number (optional):

Comments

Send  Clear

The BBC may edit your comments and not all emails will be published.
Your comments may be published on any BBC media worldwide.

   Terms & Conditions

*You can send your pictures to: **yourpics@bbc.co.uk**, text them to
**+44 7725 100 100** or you have a large file you can click here to
upload.*
Click here to see terms and conditions

*At no time should you endanger yourself or others, take any
unnecessary risks or infringe any laws.*

Bookmark with:                          What are these?

   ▪Delicious   ⚫Digg   ⚫reddit   ⚫Facebook   ⚫StumbleUpon

✉ E-mail this to a friend            🖨 Printable version

FEATURES, VIEWS, ANALYSIS

      

Ghost town            The guerilla plant      Walking away
Has China's housing   How the world's         Why Royal Ballet
bubble burst?         oldest clove tree       principal Sergei
                      defied an empire        Polunin quit

MOST POPULAR NOW | The most read story in North America is: Town lines 'make road dangerous'

                                                              ⌃SKIP TO TOP

PRODUCTS & SERVICES    E-mail news    Mobiles    Widgets & Alerts    News feeds    Podcasts

**BBC © 2012** The BBC is not responsible for the
content of external sites. Read more.

Mobile site         Terms of Use      About the BBC
Advertise With Us   Privacy           BBC Help
Ad Choices          Cookies           Accessibility Help
                    Parental Guidance Contact Us

# EXHIBIT 12

# EXHIBIT 13

# EXHIBIT 14

# EXHIBIT 15

# EXHIBIT 16

# EXHIBIT 17

# EXHIBIT 18

# EXHIBIT 19



July 31, 2012

HUFF POST **POLITICS**
__The Internet Newspaper: News, Blogs, Video, Community__

# Rep. Donald Payne In Somalia: Mortars Fired At Congressman

MOHAMED OLAD HASSAN  04/14/09 12:32 AM ET Associated Press^AP

MOGADISHU, Somalia — Assailants fired mortar shells at the Mogadishu airport as a plane carrying an American congressman took off Monday, officials said. The plane departed safely, but 19 Somalis were reported wounded in surrounding residential areas.

U.S. Rep. Don Payne, who met with Somalia's top leaders during his one-day visit, said that he had no idea of the violence until reaching Kenya after the flight from Mogadishu, one of the most dangerous cities in the world and rarely visited by foreign travelers.

"We found out when we arrived in Nairobi," the chairman of the House subcommittee on Africa told The Associated Press. He said that the aircraft noise probably drowned out the sound of the mortars.

The Islamic extremist group al-Shabab claimed responsibility in a posting on a militant Web site, saying it launched the mortar barrage after learning of Payne's visit, according to the terrorism monitoring group SITE.

The militants, who have suspected links to al-Qaida and have carried out widespread attacks in Somalia, said they "will welcome each and every arrogant and proud enemy of Allah" with similar attacks. "What happened to (Payne) and his escorts was only the beginning."

The New Jersey Democrat downplayed the danger, saying the African Union troops did a good job with his security.

With the officials, Payne said he discussed security, cooperation between Somalia and the U.S. and piracy. The meetings came just hours after a high-seas standoff between the U.S. and pirates who seized an American sea captain ended with U.S. Navy snipers killing three pirates and freeing the seaman.

"The pirates were one of the main topics of discussion that I had with the president and prime minister there," he said "They want to work with our government. They have a plan to reduce piracy, which they'll be presenting to the U.S. in the next two or three weeks."

Somalia has been without a functioning government since 1991 when clan warlords ousted a longtime dictator, with the current leadership failing to provide stability or protect citizens. The U.N. imposed sanctions in an effort to stem the flow of arms into Somalia, a key cause of the mayhem.

Payne said the government leaders were hoping for an end to sanctions which they said would facilitate efforts to build an army.

"The way they say you defeat piracy is on the ground. You don't let them get out (to sea). They feel they have the ability to do it. They just need the resources," said Payne.

"If the U.S. and the world community take supportive action towards the fledgling government in Somalia, I am confident that they will succeed and a new Somalia will indeed emerge," Payne said in a separate statement.

The chaos has prompted travelers of all sorts to steer clear. In 2007, Assistant Secretary of State for African Affairs Jendayi Frazer became the highest-ranking American envoy to visit Somalia since 1993, when rebels shot down two U.S. Black Hawk helicopters in Mogadishu and battled American soldiers in a 12-hour firefight that left some 300 Somalis dead. The U.S. withdrew a year later.

The congressman was warned of the problems. State Department spokesman Robert Wood said Payne received a briefing on Mogadishu's security problems and chose to go anyway.

None of the six mortar shells fired Monday landed on the airport as the plane carrying Payne took off safely, said Col. Mohamed Idi, a police officer at the airport.

Idi said the shells hit in nearby residential area. Medina Hospital administrator Ali Adde said 19 civilians, mostly women and children, were injured.

___

Associated Press writers Victor Epstein in Newark, N.J., Matt Lee in Washington and Salad Duhul in Mogadishu contributed to this report.

Copyright 2012 The Local Paper. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

# EXHIBIT 20

Case 3:10-cr-04246-JM   Document 161-1   Filed 08/07/12   Page 35 of 54

PIN BBC TO YOUR TASKBAR BY DRAGGING THIS ICON ▣▣▣ TO THE BOTTOM OF THE SCREEN

Close



# AFRICA

**9 September 2010** Last updated at 13:04 ET

# Somali suicide attackers hit Mogadishu airport

**Suicide bombers have attacked Somalia's main airport in Mogadishu, killing soldiers and civilians, officials say.**

The attackers used two cars - the first exploded at the airport entrance, but a number of insurgents jumped out of the second car and opened fire, killing two African Union (AU) peacekeepers.

Five militants reportedly blew themselves up as they tried to reach the airport terminal.

The hard-line Islamist group al-Shabab group said it carried out the attack.

Officials and witnesses said all of the militants involved in the attack had died, and two women who were begging outside the airport's entrance were among those killed.

The number of civilians who died is still unclear. The government confirmed three deaths, but some officials and witnesses said at least nine people had died, and some reports claimed that Somali police officers had also been killed.

**'Terror, intimidation'**

Minister of Information Abdirahman Omar Osman said in a statement that al-Shabab had ignored pleas to allow people to celebrate the Muslim holy month of Ramadan in peace.

"They have deliberately triggered violence across the city, killing and injuring civilians and soldiers alike," he said.

"They offer nothing but terror, intimidation and the defiling of our culture."

Airport officials told the BBC that AU forces had stopped the first vehicle as it drove towards the airport's main entrance.

The vehicle exploded, and shortly afterwards insurgents arrived in another vehicle and began shooting.

The explosion was initially understood to have been a car bomb, but an official from the AU's Somali mission (Amisom) later said that AU troops had destroyed the car.

"The lead car was destroyed by an RPG [rocket-propelled grenade] fired by one of our soldiers, and it exploded at the main entrance," Amisom spokesman Bahoku Barigye told the AFP news agency.

Mohammed Abdi, a local shopkeeper, told Reuters news agency that he had witnessed two explosions at the airport's heavily fortified main entrance.

"The car powerfully rammed an Amisom troops' post at the airport's gate," he said.

**Hotel attack**

Case 3:10-cr-04246-JM   Document 161-1   Filed 08/07/12   Page 36 of 54

Mogadishu's airport, of huge strategic importance, is one of the few parts of the capital controlled by forces from the AU and the government.

In recent weeks, al-Shabab has stepped up the intensity of its insurgency.

On Wednesday, 11 people were killed in clashes between al-Shabab fighters and Somali troops.

In the worst single attack, gunmen from the Islamist group stormed a hotel last month and killed at least 32 people, including four MPs.

The government had said that it expected a surge in rebel activity as Ramadan drew to a close.

Al-Shabab is fighting to overthrow the government and install its own radical interpretation of Islamic law.

Al-Shabab and other Islamist rebels control large parts of the country, while the government holds only small parts of Mogadishu.

## More Africa stories

 **Six die in Darfur price protests**
[/news/world-africa-19069476]
Six people die in protests against high prices in Darfur, Sudan, officials say, in the latest unrest prompted by austerity measures.
**Mall faces 'human rights chaos'**
[/news/world-africa-19064925]
**S African beats Phelps to Olympic gold**
[/sport/0/olympics/18902357]



BBC © 2012 The BBC is not responsible for the content of external sites. Read more.

# EXHIBIT 21

# EXHIBIT 22

# EXHIBIT 23



# BBC NEWS

## AFRICA

29 May 2012 Last updated at 13:23 ET

# Somalia's al-Shabab ambush President Ahmed's convoy

**Somalia's President Sheikh Sharif Sheikh Ahmed has escaped unharmed from an Islamist militant attack after a visit to a newly captured town.**

His armoured convoy was ambushed on a road between Afgoye and the capital, Mogadishu, which African Union troops said they had made secure on Monday.

Officials said the interim president, who was making a rare road trip out of the capital, has returned safely.

Al-Shabab, which joined al-Qaeda this year, said it was behind the attack.

Afgoye, 30km (18 miles) north-west of Mogadishu, was a major stronghold of the al-Shabab group, giving their fighters easy access to the capital.

**Attackers repulsed**
At least one Somali government soldier was killed and four were wounded when al-Shabab gunmen opened fire as President Ahmed drove down the road between Afgoye and Mogadishu.

Known as the Afgoye corridor, the road is a strategic stretch of land and home to up to 400,000 people who have fled years of fighting and are now living in makeshift camp, the world's largest concentration of displaced people.

The attack is reported to have occurred on the outskirts of Elasha town, which is midway between Mogadishu and the former al-Shabab stronghold of Afgoye, which was captured by interim government forces and African Union troops on Friday.

AU spokesman Lt Col Paddy Ankunda said Somalia and African Union soldiers opened fired and repulsed the attackers.

"We disrupted it as soon as they fired small guns from afar," he told Reuters news agency.

Correspondents say the president rarely travels by road outside the capital - and this was his first trip to Afgoye since its capture.

The loss of the town - which lies on a strategic crossroads for routes to the north, west and south of Somalia - was a major blow to al-Shabab, which used it to launch suicide attacks on Mogadishu.

Analysts say al-Shabab militants are likely to be hiding in the surrounding villages, bush and farm lands - and the group says its retreat from Afgoye was tactical.

A major conference on Somalia is to be held on Thursday in Istanbul - Turkey has been leading recent international efforts to restore peace and stability to Somalia.

Last week, leaders of disparate Somali factions agreed to a timetable that will elect a new president by 20 August, ending the transition period of the UN-backed interim government.

The Horn of Africa nation has been without an effective central government since 1991 and has been racked by fighting ever since - a situation that has allowed piracy and lawlessness to flourish.

## More Africa stories



**Guinea-Bissau drug trade 'rises'**
[/news/world-africa-19060861]
The UN Security Council expresses concern that drug trafficking in Guinea-Bissau has increased since the April coup.
**US man admits al-Shabab charges**
[/news/world-us-canada-19061756]
**Zimbabwe thief wants life in jail**
[/news/world-africa-19060418]

B B C

BBC © 2012 The BBC is not responsible for the content of external sites. Read more.

# Two killed in Somali car bomb: police

*Last Updated on Tuesday, 01 May 2012 14:52*
*Written by Mogadishu Times writer*
*Tuesday, 01 May 2012 14:43*





MOGADISHU, May 1, 2012 (AFP) - Two people died Tuesday when their explosive-laden car blew up in the centre of the Somali capital Mogadishu, the latest in a string of explosions in the war-torn nation, officials said.

"Two men died when their car blew up as it was driving on the road to Mogadishu airport," said Somali police official Mohamed Said Bare.

"We don't know if they had anything to do with the bomb or if someone else secretly transported it in their car without their knowledge," Bare said.

No group immediately claimed responsibility for Tuesday's bombing, but the Al-Qaeda allied Shebab insurgents have launched a series of guerrilla attacks and vowed to topple the Western-backed government.

"The car was not totally destroyed, but a bomb was likely to have been attached somewhere under the seats," Bare added.

Witnesses said the front of the car, which was travelling from the central K4 roundabout towards the airport, had been ripped apart by the blast.

"I was driving behind the car...there was big explosion that rocked and twisted the car, I saw the mangled dead bodies of the two victims," said Ali Abukar, a witness.

The Shebab have been fighting for five years to topple the Western-backed government, but under pressure from African Union and government forces they have retreated from their fixed bases in the capital.

However, analysts warn that the rebels, Somalia's most brutal, still remain a serious threat to international efforts aimed at stabilising the war-torn country.

Somalia has lacked an effective central government for years, allowing armed groups, pirates and extremists rebels to thrive and establish control in vast regions.

From Garoweonline.com



## Somalia: Grenade attack at UNDP compound in Mogadishu
By
Jan 29, 2012 - 2:01:16 AM

**MOGADISHU, Somalia Jan 29 2012 (Garowe Online) â€" A group of gunmen attacked a UNDP compound throwing grenades at the headquartersâ€™ walls, Radio Garowe reports.**

The group of men threw 4 grenades at the UNDP headquarters located near Mogadishuâ€™s Airport and escaped as security at the compound opened fire on the fleeing gunmen.

The attack took place Saturday evening no one was injured in the blast.

Transitional Federal Government (TFG) troops conducted investigations in the surrounding homes near the UNDP headquarters but came up with no leads.

This attack comes after the UN special envoy to Somalia recently moved back to Mogadishu after 17 years.

Amid the volatile situation in Mogadishu UN Special Representative implored other UN agencies and other countries to send their representatives to Somalia, indicating that the government has progressed in fighting the extremist rebels in south Somalia.

**GAROWE ONLINE**

http://www.garoweonline.com

**The New York Times** Reprints

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now.



October 4, 2011

# Truck Bomb Kills Dozens in Somalia's Capital

**By MOHAMED IBRAHIM and JEFFREY GETTLEMAN**

MOGADISHU, Somalia — This particular area of Mogadishu was supposed to be safe, a highly fortified government compound in one of the few neighborhoods that Somalia's transitional government actually controls.

But on Tuesday morning, that illusion was shattered when an enormous truck bomb was detonated right outside the compound's gates, killing dozens of people — many of them students standing around waiting for exam results — and sending the signal that the Shabab Islamist group may be making a comeback after several months of losing ground.

Witnesses reported horrific scenes of burning bodies, twisted in agony, strewn across the streets. African Union officials said at least 50 people had been killed and possibly as many as 100. Floods of wounded people stumbled into this city's dilapidated hospitals, which were already full of victims of the country's widening famine.

Somalia has lurched from crisis to crisis since 1991, when the central government collapsed, and while the Shabab formally withdrew from Mogadishu, the capital, in August, it seems that they are now living up to their vow to carry on a vicious guerrilla war.

Almost immediately after the bombing, the Shabab, who have pledged allegiance to Al Qaeda and have imported many Qaeda-like tactics to Somalia, claimed responsibility.

"We have targeted the attack to 150 young Somalis who were planning to be flown to Sudan to be trained as spies," the Shabab said in a statement.

However, according to witnesses, the young Somalis killed were not part of the security services but were students hoping for scholarships to Sudan and Turkey.

On Tuesday, many students and their families had gathered at the government compound, located near a busy intersection, to check bulletin boards with the results of examinations.

Case 3:10-cr-04246-JM Document 161-1 Filed 08/07/12 Page 47 of 54

"Several students I knew were killed in the blast," said Anisa Abdulle, a 16-year-old student who visited the compound earlier but left before the blast. "This is horrible. I hate the Shabab, because they see the students going for learning as enemies."

According to witnesses, around 10:45 a.m., a 15-ton truck loaded with fuel drums pulled up to the entrance of the compound, which houses various government ministries, including those dealing with education, foreign affairs and labor issues. Another fuel truck was passing by, and Ali Mohamed, a bystander, said the driver of the truck filled with explosives chose that moment to detonate them.

"But we are lucky; the oil tanker passing by did not explode," Mr. Ali said.

Still, he said, "This is the most horrific incident I have ever witnessed."

The explosion sent a gigantic fireball into the sky and shattered windows for miles around. It spewed bodies across an area several city blocks wide. Many were small and thin and appeared to be children, charred beyond recognition. Somali government officials said no senior officials were hurt.

The Shabab introduced suicide bombs to Somalia, and since Shabab fighters began their insurgency in 2007, they have struck many times, with victims including Somali lawmakers, African Union peacekeepers and poor women sweeping up Mogadishu's bullet-pocked streets.

But few, if any, of their attacks have killed as many people as the one on Tuesday.

There had been hopes that the Shabab's withdrawal from Mogadishu would usher in a new era of stability, at least in the capital. For the first time in years, the transitional government, backed by 9,000 African Union peacekeepers, was nominally in control. Certain areas, including the area near the stricken government compound, were considered relatively safe, and in recent months, traders had returned to streets pulsing with more life than there had been for a long time.

Many analysts were even going so far as to say that the Shabab were a spent force, racked by internal divisions and dwindling resources. In recent months, the Shabab have suffered heavy losses in Mogadishu, and Shabab fighters have been pushed out of areas along the Kenya and Ethiopia borders by militias that are covertly backed by Kenya and Ethiopia. American drone strikes have also killed several Shabab operatives, and in June, the top Qaeda agent in Somalia, Fazul Abdullah Mohammed, was killed in a somewhat random shootout in Mogadishu.

But in the past week or so, the Shabab seemed to be regrouping. On Friday, hundreds of Shabab fighters poured into Dhobley, a market town on the Kenya border, setting off an intense battle. The Shabab briefly occupied the town before a Kenya-backed militia was able to push them out. Then on Monday, the Shabab struck a town in central Somalia, Dhusamareb, withdrawing after inflicting casualties.

Despite the millions of dollars pumped into it, Somalia's transitional government is still weak and divided, and the Shabab control most of southern Somalia, imposing draconian measures in its areas, banning music, Western dress and even bras, calling them all un-Islamic. Last month, Shabab leaders awarded schoolchildren assault rifles and grenades as prizes for a quiz show.

The Shabab are also widely blamed for causing Somalia's famine. Much of the Horn of Africa, including Kenya, Ethiopia and other parts of Somalia, has been hit this year by one of the worst droughts in decades. But just about the only areas where that drought has spelled famine, as defined by certain thresholds of death and malnutrition rates, are Shabab-controlled areas.

The Shabab have refused to allow many Western aid organizations into their territory and have even blocked famine victims from fleeing to seek help.

The United Nations says that tens of thousands of people have already died and that as many as 750,000 may soon starve to death unless aid efforts are rapidly scaled up.

*Mohamed Ibrahim reported from Mogadishu, and Jeffrey Gettleman from Nairobi, Kenya.*

▶ Watch  **ONE-MINUTE WORLD NEWS**

**News Front Page**



**Africa**
**Americas**
**Asia-Pacific**
**Europe**
**Middle East**
**South Asia**
**UK**
**Business**
**Health**
**Science & Environment**
**Technology**
**Entertainment**
**Also in the news**
-------------
Video and Audio
-------------
**Programmes**
Have Your Say
In Pictures
Country Profiles
Special Reports

Related BBC sites
Sport
*Weather*
On This Day
Editors' Blog
BBC World Service

*Languages*

Page last updated at 17:00 GMT, Thursday, 3 December 2009

✉ E-mail this to a friend          🖶 Printable version

# Somalia bomb attack: 'Light turned t



A celebration turned into horror in moments at the Mogadishu ceremony

**When a suicide attacker blew himself up at a graduation ceremony in Somalia's capital, Mogadishu, the BBC's Mohammed Olad Hassan was sitting just a few feet away. He describes the horror of what happened.**

There were hundreds of people in the meeting hall - the students were all dressed in colourful uniforms for their graduation.

The hall had been brightly decorated, and there was a feeling of excitement - such ceremonies rarely happen in Mogadishu.

Ministers and various dignitaries were sat at the front of the hall and everyone else was sitting facing them.

Journalists were right at the front - I was sitting with my other BBC colleague in the second row, only about one metre away from the top table.

People were making speeches and we were taking notes, as usual.

Then all this brightness turned to darkness.

**Shocking scenes**

All I remember is being covered in dust. Everyone was covered in dust.

Case 3:10-cr-04246-JM   Document 161-1   Filed 08/07/12   Page 50 of 54

And there was no light anywhere.

I looked across and the young guy sitting next to me was dead. I think he was a Somali journalist. I don't know. But he was dead.

> **❝ I had to step over their bodies to get out ❞**
>
> Somali ministers killed by bomb

I had to jump over him to get out.

I tried to get over the table where the ministers had been sitting. I had to step over their bodies to get out.

People were screaming: "Is it a bomb? Is it a bomb?"

I went through the door that the ministers had come through when they came into the hall and I hid in a small room. I think it was a toilet, I'm not sure.

I thought there would be more explosions or more attacks. I had no idea what had happened.

But I couldn't hear any more explosions and I had to go back into the hall to get out.

It was a shocking, terrible scene. There was blood splattered everywhere. I was really in disbelief, in shock. I have never seen so many people killed at the same time.

All these bodies were there, right in front of my eyes.

### Rescue attempts

I looked at the roof to see if there had been some kind of rocket attack but the roof was okay.

So I knew something had exploded in the hall - either a suicide attack or a bomb or mine.

I went outside and the street was filled with people trying to rescue their friends and family.

No-one knew who had been killed and who had survived.

I could see my colleagues - journalists I had been talking to just before - lying on the ground covered in blood.

*One colleague was right in front of me on his stomach. I couldn't tell* whether he was alive or dead.

Another colleague was being carried out as local people began to arrive and help out.

It was a terrible few minutes. It's still impossible to understand how everything turned from colourful celebration to horror so quickly.

BBC News - Somalia bomb attack: 'Light turned to dark'
Case 3:10-cr-04246-JM  Document 161-1  Filed 08/07/12  Page 51 of 54
Page 3 of 3

Bookmark with:                                              What are these?

Delicious      Digg      reddit      Facebook      StumbleUpon

E-mail this to a friend                    Printable version

ADS BY GOOGLE

**Volunteer in Peru**
Make 2012 Your Year to Volunteer! 1-12 Wk Programs Abroad. Learn How.
www.CrossCulturalSolutions.org/Peru

**World News on DISH®**
Stay Connected with CNN & CNBC $29.99/Mo + Save $600—Call Today
DishPromotions.com/DishWorldNews

**Exercise Your Brain**
Games You Didn't Know Existed to Fight Brain Decline and Aging.
www.lumosity.com

FEATURES, VIEWS, ANALYSIS







**Ghost town**
Has China's housing
bubble burst?

**The guerilla plant**
How the world's
oldest clove tree
*defied an empire*

**Walking away**
Why Royal Ballet
principal Sergei
*Polunin quit*

MOST POPULAR NOW | The most shared story right now is: Unnamed page

PRODUCTS & SERVICES          E-mail news        Mobiles        Widgets & Alerts        News feeds

B B C

Mobile site                    Ter
Advertise With Us              Pri
Ad Choices                     Co
                               Par

**BBC © 2012** The BBC is not responsible for the
content of external sites. Read more.

 **ONE-MINUTE WORLD NEWS**

News Front Page

Page last updated at 17:18 GMT, Friday, 19 September 2008 18:18 UK

✉ E-mail this to a friend            🖨 Printable version

# AU plane sparks Mogadishu battle

**Africa**
**Americas**
**Asia-Pacific**
**Europe**
**Middle East**
**South Asia**
**UK**
**Business**
**Health**
**Science & Environment**
**Technology**
**Entertainment**
**Also in the news**
----------------
Video and Audio
----------------
**Programmes**
Have Your Say
In Pictures
Country Profiles
Special Reports

Related BBC sites
  Sport
  Weather
  On This Day
  Editors' Blog
  BBC World Service

Languages

**A peacekeeping plane has landed in the Somali capital, Mogadishu, defying Islamist threats that have kept the airport closed for four days.**

Militants responded by launching mortars, provoking a return of fire from government and Ethiopian troops.

The al-Shabab militants who issued the threat that has blocked


Islamists have been waging a long insurgency against the government

the arrival of medical and other supplies are not part of peace negotiations in Djibouti.

A ceasefire due to be signed on Friday in Djibouti has been postponed.

An opposition group walked out of a meeting, apparently angered by the presence of the Ethiopian ambassador.

In December 2006, Ethiopian troops helped the interim government to topple Islamist forces who had taken control of much of southern Somalia earlier that year.

The Islamists then launched an insurgency against Somalia's transitional government.

Al-Shabab, the strongest and best organised insurgent group, has refused to take part in the UN-backed peace process in Djibouti, and violence inside Somalia has continued.

**Khat not affected**

The BBC's Mohamed Olad Hassan in Mogadishu says the African Union peacekeepers' plane that touched down on Friday was the first known to have landed in four days.

Reuters news agency reported that the AU plane and the peacekeepers it brought in were safe, but that at least four civilians had died in the ensuing battle.

Al-Shabab issued a threat last weekend to stop planes using Mogadishu airport as of Tuesday.

The group described the airport, which is used for official and commercial flights, as a tool of Ethiopia's "occupation" of Somalia.

Commercial flights and planes carrying goods and supplies, including medicines, have been unable to land, our correspondent reports.

But he says flights carrying khat, a mild stimulant popular in Somalia, have continued to arrive at an airstrip outside the capital.

Meanwhile, Mohamed Sheikh Ali, head of Somalia's civil aviation, said on Friday that authorities had revoked the licenses of private airlines including Daalo, Jubba, African Air and Galad that had refused to operate out of Mogadishu because of the threat.

"They accepted internet propaganda and ignored a government call of security guarantee and a request of continuation of flights," he said.

Somalia has been wracked by conflict since 1991, when former President Mohamed Siad Barre was ousted.

▄▄ E-mail this to a friend            🖶 Printable version

Bookmark with:                                What are these?

Delicious    Digg    reddit    Facebook    StumbleUpon

FEATURES, VIEWS, ANALYSIS



Ghost town
Has China's housing
bubble burst?



The guerilla plant
How the world's
oldest clove tree
defied an empire



Walking away
Why Royal Ballet
principal Sergei
Polunin quit

MOST POPULAR NOW | The most read story in Africa is: Saudi 'reprieve' in

PRODUCTS & SERVICES      E-mail news      Mobiles      Widgets & Alerts      News feeds

Mobile site                          Ter

B B C

Advertise With Us    Priv
Ad Choices    Coc
Par

**BBC © 2012** The BBC is not responsible for the
content of external sites. Read more.