UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. Case No. 10CR4246-JM |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | DECLARATION OF |
| | ) | LINDA JACOBSON |
| Basaaly Moalin, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

I, Linda Jacobson, declare and state as follows:

### BACKGROUND

1.   I am the Assistant Legal Adviser for African and Near
Eastern Affairs in the Office of the Legal Adviser at the U.S.
Department of State, having served in this capacity for six
years.  Prior to that time I was the Assistant Legal Adviser for
Law Enforcement and Intelligence, and I have been an attorney in
the Office of the Legal Adviser since 1984.  My current position
includes the provision of legal advice to the Bureau of African
Affairs.  In this capacity, I have gained knowledge and
expertise in U.S. policy and presence in the Horn of Africa,
which includes the country of Somalia.

2. I submit this declaration in support of the Government's Response and Opposition to Defendants' *Joint Motion to Take Depositions Pursuant to Rule 15* in Somalia, which I understand proposes that government prosecutors, federal agents of the FBI, and defense counsel travel to Somalia for a week before October 2012 in order to take the depositions of eight Somali nationals at space operated by SKA International Group at Mogadishu International Airport ("MIA").

3. The matters stated herein are based on my personal knowledge and experience, my review and consideration of documents available in my official capacity, and information furnished to me by, and as a result of discussions with, other officials and employees within the Department of State. My conclusions have been reached in accordance therewith.

OFFICIAL TRAVEL TO SOMALIA

4. The U.S. Department of State continues to warn U.S. citizens of the risks of travel to Somalia and recommends that U.S. citizens avoid all travel to Somalia. Attached to this Declaration as Exhibit 1 is a print out from the Department of State's website with the most recent Somalia Travel Warning, dated June 15, 2012, which accurately reflects the Department of State's official position on travel to Somalia.

5. There is no U.S. Embassy or other U.S. diplomatic presence in Somalia. Consequently, the U.S. government is not in a

position to assist or effectively provide services to U.S. citizens in Somalia.  Therefore, if anything went wrong for any of the U.S. officials sent to Somalia for depositions or other United States citizens, such as defense counsel, there would be no State Department presence there to assist them.  This would mean that the State Department would be unable to provide anyone typical consular services such as assistance with lost passports, medical care, or arrest.

6.   The security situation at MIA is extremely unstable. Terrorist operatives and armed groups in Somalia have demonstrated the intent to attack airplanes at MIA, and successfully attacked the airport itself in September 2010.

7.   SKA International Group operates MIA. The Department of State evaluated the SKA facility located at MIA in June 2012 and found it would not be a viable option to serve as Department of State working or living space, as it lacked security requirements.

8.   I am not aware of any U.S. prosecutor having traveled to Somalia in an official capacity.

OTHER CONSIDERATIONS

9.   The U.S. Department of State has a process in place for issuing visas to Somalis working through its embassies and consular services in countries adjacent to Somalia.  Attached to this Declaration as Exhibit 2 is a document with information

from the Department of State's website with the most recent
procedure addressing how Somalis can apply for a non-immigrant
visa.

10. According to the Department of State's most recent country-
specific information on Somalia at Travel.State.Gov, "There is
no organized system of criminal justice in Somalia, nor is there
any recognized or established authority to administer a uniform
application of due process.  Enforcement of criminal laws is,
therefore, haphazard to nonexistent." *See* Exhibit 3.  While the
Transitional Federal Government ("TFG") currently in control of
Mogadishu is working on instituting a criminal justice system as
part of its transitional tasks, it is focused on standing up a
new government and battling terrorism and other violence so that
the likelihood of a perjury prosecution is extremely slim.
Therefore, there is likely to be no adverse consequence to
testifying falsely under oath.

11. Presently, the TFG has no national identification system.
As a result, it would be extremely difficult, if not impossible,
to establish the identities of the proposed witnesses upon their
appearance at any deposition in Somalia.  Moreover, this factor,
together with the absence of any Department of State presence in

Somalia, would make it difficult to verify the identities of the magistrate(s) or other judicial officers who would administer the oath to the witnesses.

Pursuant to 28 U.S.C. Section 1746, I affirm that the foregoing is true under penalty of perjury.

Executed on August   3   , 2012

Linda Jacobson

Exhibit 1 to Declaration of Linda Jacobson

Newsroom | About Us | U.S. Embassies & Consulates | Help & Contacts

# TRAVEL.STATE.GOV
U.S. Department of State

INTERNATIONAL TRAVEL | PASSPORTS | VISAS | CHILD ABDUCTION | LAW & POLICY | Search this Site

GO

International Travel

Emergencies and Crises

International Travel Information

Tips for Traveling Abroad

Living Abroad Tips

A-Z Index of Topics

## Travel Warning
## U.S. DEPARTMENT OF STATE
## Bureau of Consular Affairs

🖶 Print     ✉ Email

### Somalia

### June 15, 2012

The U.S. Department of State continues to warn U.S. citizens of the risks of travel to Somalia and recommends that you avoid all travel to Somalia. This replaces the Travel Warning dated August 19, 2011, to update information on security concerns.

There is no U.S. Embassy or other U.S. diplomatic presence in Somalia. Consequently, the U.S. government is not in a position to assist or effectively provide services to U.S. citizens in Somalia. In light of the serious security threats, the U.S. government recommends that you avoid all travel to Somalia.

The security situation inside Somalia remains unstable and potentially dangerous. Terrorist operatives and armed groups in Somalia have demonstrated their intent to attack air operations at Mogadishu International Airport. Kidnapping, murder, illegal roadblocks, banditry, and other violent incidents and threats to U.S. citizens and other foreigners can occur in any region. Inter-clan and inter-factional fighting flares up with little or no warning. Unpredictable armed conflicts among rival militias are prevalent in southern Somalia, particularly in and around Mogadishu. This has resulted in the deaths of countless Somali nationals and the displacement of more than one million people.

In February 2012, Al-Shabaab announced that it had merged with Al-Qaeda. Al-Shabaab-planned assassinations, suicide bombings, and indiscriminate armed attacks in civilian populated areas are frequent in Somalia. In October 2011, a car bomb explosion killed over 70 people at the Ministry of Education in Mogadishu. That same month, another car bomb killed several people outside the Ministries of Planning and Foreign Affairs. On November 22, 2011, an explosion killed eight people in Wadajir District, Mogadishu. On November 28, 2011, two bombs killed at least 11 people in Sanca Junction and Yaaqshild District. The U.S.-designated and U.N. sanctioned terrorist organization Al-Shabaab continues to pose a significant threat in Mogadishu, although considerable military progress in liberating the city has been made, as in most other parts of southern Somalia.

Pirates and other criminals have specifically targeted and kidnapped foreigners working in Somalia. In October 2011, a U.S. citizen aid worker living in Somalia was kidnapped, and in January 2012, another U.S. citizen was kidnapped while on work-related travel in Somalia. In both cases, as well as in recent kidnappings of other westerners, the victims took precautionary measures by hiring local security personnel, but those hired to protect them appear to have played a key role in the abductions. A strong familiarity with Somalia and/or extensive prior travel to the region does not reduce travel risk. U.S. citizens contemplating travel to Somalia, including Somaliland and Puntland, are advised to obtain Kidnap and Recovery Insurance, as well as Medical Evacuation Insurance, prior to travel.

Additionally, U.S. citizens are urged to avoid sailing closer than 500 miles from the coast of Somalia. Merchant vessels, fishing boats, and recreational craft all risk seizure by pirates and having their crews held for ransom in the waters off the Horn of Africa, especially in the international waters near Somalia. Somali pirates captured and killed four U.S. citizens aboard their boat on February 22, 2011. If transit around the Horn of Africa is necessary, it is strongly recommended that vessels travel in convoys, maintain good communications contact at all times, and follow the guidance provided by the Maritime Security Center – Horn of Africa (MSC-HOA). You should consult the Maritime Administration's Horn of Africa Piracy page for information on maritime advisories, self-protection measures, and naval forces in the region.

U.S. citizens who choose to travel to Somalia despite this Travel Warning are strongly urged to enroll in the Smart Traveler Enrollment Program (STEP)in order to receive the most up-to-date security information and be included in our emergency communication system. Travelers to Somalia should enroll with the U.S. Embassy in Nairobi. U.S. citizens traveling by sea to the area of high threat are urged to inform MSC-HOA by emailing postmaster@mschoa.org, with the subject line 'Yacht Vessel Movement. U.S. Embassy Nairobi is located on United Nations Avenue, Gigiri, Nairobi, Kenya; telephone (254)(20) 363-6000; after-hours emergencies (254)(20) 363-6170. The mailing address is P.O. Box 606 Village Market 00621, Nairobi, Kenya.

U.S. citizens should also consult the Department of State's Country Specific Information for Somalia, the Worldwide Caution, and the International Maritime Piracy Fact Sheet, which are located on the Department of State's website. Travelers may obtain up-to-date information on security conditions by calling 1-888-407-4747 toll-free in the United States and Canada or on a regular toll line at 1-202-501-4444 from other countries. Stay up to date by bookmarking our Bureau of Consular Affairs website, which contains current Travel Warnings and Travel Alerts. Follow us on Twitter and the Bureau of Consular Affairs page on Facebook as well. You can also download our free Smart Traveler iPhone App to have travel information at your fingertips.

Privacy | Copyright & Disclaimer | FOIA | Office of the Inspector General | No Fear Act Data | U.S. Department of State | Other U.S. Government Information | USA.gov

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Exhibit 2 to Declaration of Linda Jacobson

# United States Virtual Presence Post Somalia

FAQS FOR SOMALI APPLICANTS

- What is the general policy for people who wish to obtain visas to come to the United States (U.S.)?
- Do different U.S. Embassies and Consulates have different standards for approving visas?
- Somalia does not have a U.S. Embassy. Where can those traveling on Somali passports apply for nonimmigrant visas?
- I heard that the U.S. doesn't accept Somali passports or other documentation, can I still travel?
- Why do some countries only receive single entry visas?
- How long may I stay in the U.S. on my student visa?
- If I am student with a single entry visa or my visa has expired, will I be able to renew my visa to continue my studies if I leave the U.S. for a trip?

**What is the general policy for people who wish to obtain visas to come to the United States (U.S.)?**

For nonimmigrant visas, generally, the applicant will make an appointment at a convenient U.S. Embassy or Consulate and pay the application fee. The applicant will have an interview in-person with a consular officer, who will ask questions and review documentation to determine whether the applicant qualifies for a visa. After the interview, and any necessary administrative processing, if the applicant qualifies the U.S. Embassy or Consulate issues a visa.

Applicants for immigrant visas, wishing to reside permanently in the U.S. must first be the beneficiary of a petition filed with U.S. Citizenship and Immigration Services (USCIS). Petitions are most often based on family relationship or employment, but can also be self-generated by investors. After the petition is approved, the State Department's National Visa Center notifies the beneficiaries to schedule an interview with a consular officer at an embassy or consulate. If the consular officer determines the applicant is qualified, and there are no security concerns, the U.S. Embassy or Consulate will issue an immigrant visa.

After reviewing this page, please, find out more about both the immigrant and nonimmigrant visa process at the State Department's visa main page.

**Do different U.S. Embassies and Consulates have different standards for approving visas?**

No. The procedures for processing visa applications may vary, but the same standards under U.S. law and policy apply at each U.S. Embassy and Consulate where one applies for a visa.

**Somalia does not have a U.S. Embassy. Where can those traveling on Somali passports apply for nonimmigrant visas?**

Those traveling on Somali passports may make appointments and apply for nonimmigrant visas at any nonimmigrant visa issuing post. However, if you do not speak English or a language commonly spoken in the country where you plan to apply, you should be aware that the interviewing officers' lack of familiarity with local conditions in your country may make it more difficult to demonstrate your qualifications for a visa. Many Somali nonimmigrant visa applicants choose to apply at U.S. Embassy Nairobi and U.S. Embassy Djibouti.

**I heard that the U.S. doesn't accept Somali passports or other documentation, can I still travel?**

Yes, there is a process for both NIV and IV applicants to receive visas, even though the U.S. does not recognize Somali travel documents. Residents and citizens of Somalia wishing to travel to the U.S. on a Somali-issued travel document should see the Reciprocity Tables for more  information on document availability.

**Why do some countries only receive single entry visas?**

Current visa validities are based on reciprocity for Americans traveling to an applicant's home country.  Similarly, the visa validity for citizens of Somalia is based on type of visa and reciprocity for Americans traveling to those countries. To learn more see the Reciprocity Tables by country.

**How long may I stay in the U.S. on my student visa?**

When you enter the U.S. on a student visa, you will usually be admitted for the duration of your student status. That means you may stay as long as you are a full time student, even if the F-1 visa in your passport expires while you are in America. For a student who has completed the course of studies shown on the I-20, and any authorized practical training, F-1 students are allowed an additional 60 days to prepare for departure from the U.S. or to transfer to another school.

**If I am student with a single entry visa or my visa has expired, will I be able to renew my visa to continue my studies if I leave the U.S. for a trip?**

If you depart the U.S. during the course of your studies with a single entry visa or an expired visa you will need to be interviewed again by a consular officer and qualify for a **new** student visa. Generally, continuing students who can show that they are in good standing in their academic programs should be able to qualify for new student visas to return and resume their studies. Continuing students should be prepared to provide evidence of progress in their program, along with evidence on continuing ability to cover tuition and living expenses. You should make an appointment for your interview as early as possible, so any additional processing required can be completed before your next academic term begins.

- View Visa Categories for Immigrants
- View Visa Categories for Nonimmigrants

This site is managed by the U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therin.

# United States Virtual Presence Post Somalia

VISAS TO THE U.S.

## General Information

Applicants seeking a nonimmigrant visa may apply at any U.S. embassy; many Somalis choose to apply at U.S. Embassy Nairobi or U.S. Embassy Djibouti (U.S. Embassy Nairobi is the designated embassy for Somalis applying for A or G visas (diplomats, foreign government officials, employees of a designated international organization). Applicants seeking an immigrant visa should apply at U.S. Embassy Nairobi, U.S. Embassy Djibouti, or U.S. Embassy Dar Es Salaam.

- Consular Services, U.S. Embassy Nairobi

- Consular Services, U.S. Embassy Djibouti

- Find U.S. embassy or consulate – If applying at another location

Residents and citizens of Somalia wishing to travel to the U.S. on a Somali issued travel document should see the Reciprocity Tables for more information on document availability.

More on U.S. Visa Policy

What is a U.S. Visa?

This site is managed by the U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.

Newsroom | About Us | U.S. Embassies & Consulates | Help & Contacts

# TRAVEL.STATE.GOV

U.S. Department of State

| INTERNATIONAL TRAVEL | PASSPORTS | VISAS | CHILD ABDUCTION | LAW & POLICY | Search this Site |

GO

**International Travel**

**Emergencies and Crises** ▸

**International Travel Information** ▸

**Tips for Traveling Abroad** ▸

**Living Abroad Tips** ▸

**A-Z Index of Topics**

## Somalia
## Country Specific Information

🖶 Print   ✉ Email

▸ Recent Embassy Notices for American Citizens
▸ Travel Warning for Somalia
▸ Travel Warning for Somalia

On this page »
▸ Country Description
▸ Smart Traveler Enrollment Program (STEP)/Embassy Location
▸ Entry/Exit Requirements for U.S. Citizens
▸ Threats to Safety and Security
▸ Crime
▸ Victims of Crime
▸ Criminal Penalties
▸ Special Circumstances
▸ Medical Facilities and Health Information
▸ Medical Insurance
▸ Traffic Safety and Road Conditions
▸ Aviation Safety Oversight
▸ Children's Issues



**Worldwide Caution**

**Travel Warnings**

**Central African Republic** 07/11/2012

**Kenya** 07/05/2012

**Afghanistan** 06/27/2012

 MORE ▸

**Travel Alerts**

**Country Information**

Select Country/Area   GO



Smart Traveler Enrollment Program

September 02, 2011

**COUNTRY DESCRIPTION:** Since the collapse of the central government in 1991, Somalia has been subject to widespread violence and instability. A Transitional Federal Government (TFG) was established in 2004 to guide the country to a more

to provide services in Somalia. The foreign terrorist group al-Shabaab attacks the TFG and its allied forces regularly in Mogadishu and in regions outside the capital, and commits terrorist acts throughout Somalia, including kidnapping for ransom. Inter- and intra-clan violence also frequently occurs throughout the country. The United States has no official representation in Somalia.

In 1991, the northwest part of the country proclaimed itself the Republic of Somaliland and maintains a separate regional governing authority; however, Somaliland has not received international recognition as an independent state. The northeastern section of Somalia, known as the semi-autonomous region of Puntland, has also made efforts to establish a regional governing authority but has not claimed independence. Somalia's economy was seriously damaged by the civil war and its aftermath, but the private sector is trying to reemerge. Tourist facilities are non-existent. Read the Department of State's Background Notes on Somalia for additional information.

Back to Top

**SMART TRAVELER ENROLLMENT PROGRAM (STEP) / EMBASSY LOCATION:**
There is no U.S. Embassy in Somalia. If you are going to live in or visit Somalia, please take the time to tell our Embassy in Djibouti or in Kenya about your trip. If you enroll your trip, we can keep you up to date with important safety and security announcements. It will also help your friends and family get in touch with you in an emergency. Here's the link to the Smart Traveler Enrollment Program.

Travelers to Somaliland should register with the U.S. Embassy in Djibouti, and travelers to Puntland or southern Somalia should register with the U.S. Embassy in Nairobi, Kenya.

U.S. Embassy Djibouti
Plateau du Serpent, Boulevard Marechal Joffre, Djibouti City
Telephone: (253) 35-39-95
Facsimile: (253) 35-39-40

U.S. Embassy Kenya
United Nations Avenue, Gigiri, Nairobi, Kenya
Telephone: (254) (20) 363-6000
After-hours emergency: (254) (20) 363-6170
Fax: (254) (20) 363-6410

Back to Top

**ENTRY / EXIT REQUIREMENTS FOR U.S. CITIZENS:** A passport is required for travel to Somaliland and Puntland. Both regions require a visa and issue their own at their respective ports of entry. For travel to other parts of Somalia, including Mogadishu, a passport and visa are required. Visas are issued at certain Somali embassies, including in Addis Ababa, Ethiopia, and Nairobi, Kenya. Air and seaports are under the control of local authorities that make varying determinations of what is required of travelers who attempt to use these ports of entry.

Travelers may obtain the latest information on visas as well as any additional details regarding entry requirements from the Permanent Representative of the Somali Republic to the United Nations, telephone (212) 688-9410/5046; fax (212) 759-0651; email somalia@un.int, located at 425 East 61st Street, Suite 702, New York, NY 10021. Persons outside the United States may attempt to contact the nearest Somali embassy or consulate. All such establishments, where they exist, are affiliated with the TFG, whose authority is not established throughout all of Somalia.

HIV/AIDS restrictions: The U.S. Department of State is unaware of any HIV/AIDS entry restrictions for visitors to or foreign residents of Somalia.

Information about dual nationality or the prevention of international child abduction

can be found on our website. For further information about customs regulations, please read our Customs Information page.

Back to Top

**THREATS TO SAFETY AND SECURITY:** Since the United States does not have an Embassy or any other diplomatic presence in any part of Somalia, including Somaliland and Puntland, the U.S. government cannot provide any consular services to U.S. citizens in Somalia. Limited services for U.S. citizens are available for travelers to Somalia at the U.S. Embassies in Nairobi and Djibouti.

While Somaliland has experienced a level of stability that has not been present in other parts of Somalia, please note that the Department of State continues to warn U.S. citizens against all travel to Somalia, including the self-proclaimed "Independent Republic of Somaliland" -- see the Department's Travel Warning for Somalia. Travelers insisting on visiting Somaliland despite this warning should check current conditions in Somaliland before embarking on their journey. Terrorist attacks have occurred against international relief workers, including Westerners, throughout Somalia, Puntland, and Somaliland. In 2008, 2009, 2010, and 2011, there were several violent kidnappings and assassinations, including by suicide bombing, of staff working for international organizations. Additionally, there have been threats against Westerners in Somalia, including Somaliland. Terrorist operatives and armed groups in Somalia have demonstrated the intent to attack airplanes at Mogadishu International Airport, and successfully attacked the airport itself in September 2010. Additionally, al-Shabaab controls a large part of southern Somalia, including the port city of Kismayo and its airport. Persons traveling to Somalia should be aware that incidents such as armed banditry, road assaults, kidnappings for ransom, shootings and grenade attacks on public markets, and detonations of anti-personnel and anti-vehicle land mines regularly occur. Sporadic outbreaks of civil unrest persist, and al-Shabaab is engaged in active warfare against the TFG. Also, illegal roadblocks remain common throughout Somalia and have resulted in serious injury or death.

Cross-border violence occurs periodically. The area near Somalia's border with Kenya has been the site of numerous violent incidents, ranging from large scale clashes between al-Shabaab and the TFG, kidnappings, and grenade attacks on hostels used by international aid workers. U.S. citizens who decide to visit the area should be aware that they could encounter such incidents.

U.S. citizens considering seaborne travel around Somalia's coast should exercise extreme caution, given numerous recent incidents of vessel hijacking and/or piracy off south central Somalia and Puntland. When transiting in and around the Horn of Africa and/or in the Red Sea, it is strongly recommended that vessels convoy and maintain good communications contact at all times. Marine channels 13 and 16 VHF-FM are international call-up and emergency channels and are commonly monitored by ships at sea. 2182 MHz is the HF international call-up and emergency channel. In the Gulf of Aden, transit routes farther offshore reduce, but do not eliminate, the risk of contact with suspected assailants. Wherever possible, travel in trafficked sea-lanes. Avoid loitering in or transiting isolated or remote areas. In the event of an attack, consider activating the "Emergency Position Indicating Radio Beacons (EPIRB)." In the Gulf of Aden, vessels may also contact the Yemeni Coast Guard 24-hour Operations Center at (967) 1-562-402. The Operations Center staff speaks English. Due to distances involved, there may be a considerable delay before assistance arrives.

The United States Maritime Administration (MARAD) has advised that elevated regional tensions have increased the risk of maritime attacks being conducted by extremist to vessels operating in the Gulf of Oman, North Arabian Sea, Gulf of Aden, and the Bab el Mandeb regions.

MARAD recommends vessels at anchor, operating in restricted maneuvering environments, or at slow speeds should be especially vigilant, and report suspicious

activity may vessels that observe suspicious activity in the area are advised to report such suspicious activity or any hostile or potentially hostile action to COMUSNAVCENT battlewatch captain at phone number 011-973-1785-3879. All suspicious activities and events are also to be reported to the U.S. Coast Guard National Response Center at the following toll free telephone: 1-800-424-8802, direct telephone 202-267-2675, or TDD 202-267-4477. The complete advisory is available on the MARAD website at www.MARAD.DOT.gov.

The United States Maritime Administration (MARAD) has advised that elevated regional tensions have increased the risk of maritime attacks being conducted by extremist to vessels operating in the Gulf of Oman, North Arabian Sea, Gulf of Aden, and the Bab el Mandeb regions.

MARAD recommends vessels at anchor, operating in restricted maneuvering environments, or at slow speeds should be especially vigilant, and report suspicious activity. U.S. flag vessels that observe suspicious activity in the area are advised to report such suspicious activity or any hostile or potentially hostile action to COMUSNAVCENT battlewatch captain at phone number 011-973-1785-3879. All suspicious activities and events are also to be reported to the U.S. Coast Guard National Response Center at the following toll free telephone: 1-800-424-8802, direct telephone 202-267-2675, or TDD 202-267-4477. The complete advisory is available on the MARAD website at www.MARAD.DOT.gov.

Stay up to date by:

- Bookmarking our Bureau of Consular Affairs website, which contains the current Travel Warnings and Travel Alerts as well as the Worldwide Caution.
- Following us on Twitter and the Bureau of Consular Affairs page on Facebook as well.
- Downloading our free Smart Traveler IPhone App to have travel information at your fingertips.
- Calling 1-888-407-4747 toll-free within the U.S. and Canada, or a regular toll line, 1-202-501-4444, from other countries.
- Taking some time before travel to consider your personal security – here are some useful tips for traveling safely abroad.

Back to Top

**CRIME:** Pervasive and violent crime is an extension of the general state of insecurity in Somalia. Serious, brutal, and often fatal crimes are very common. Kidnapping and robbery are a particular problem in Mogadishu and other areas of the south.

Don't buy counterfeit and pirated goods, even if they are widely available. Not only are the bootlegs illegal in the United States, if you purchase them you may also be breaking local law.

Back to Top

**VICTIMS OF CRIME:** If you or someone you know becomes the victim of a crime abroad, you should contact the local police and the nearest U.S. embassy or consulate. We can:

- Replace a stolen passport.
- Help you find appropriate medical care if you are the victim of violent crimes such as assault or rape.
- Put you in contact with the appropriate police authorities, and if you want us to, we cancontact family members or friend.
- Help you understand the local criminal justice process and direct you to local attorneys, although it is important to remember that local authorities are responsible for investigating and prosecuting the crime.

Please see our information on victims of crime, including possible victim

compensation programs in the United States.

Back to Top

**CRIMINAL PENALTIES:** While you are traveling in Somalia, you are subject to its laws even if you are a U.S. citizen. Foreign laws and legal systems can be vastly different than our own. In some places you may be taken in for questioning if you don't have your passport with you. In some places, it is illegal to take pictures of certain buildings. In some places, driving under the influence could land you immediately in jail. These criminal penalties will vary from country to country. There are also some things that might be legal in the country you visit, but still illegal in the United States, and you can be prosecuted under U.S. law if you buy pirated goods. Engaging in sexual conduct with children or using or disseminating child pornography in a foreign country is a crime prosecutable in the United States. If you break local laws in Somalia, your U.S. passport won't help you avoid arrest or prosecution. It's very important to know what's legal and what's not wherever you go.

Persons violating Somalia's laws, even unknowingly, may be expelled, arrested, or imprisoned. Penalties for possessing, using, or trafficking in illegal drugs in Somalia are severe, and convicted offenders can expect jail sentences and heavy fines.

**Arrest notifications in host country:** Based on the Vienna Convention on Consular Relations, bilateral agreements with certain countries, and customary international law, if you are arrested in Somalia, you have the option to request that the police, prison officials, or other authorities alert the nearest U.S. embassy or consulate of your arrest, and to have communications from you forwarded to the nearest U.S. embassy or consulate. However, this is unlikely to happen as there is no U.S. diplomatic representation in Somalia.

Back to Top

**SPECIAL CIRCUMSTANCES:** Water and electricity systems are poor. Functioning telecommunications systems exist only in major towns in Somalia.

There is no organized system of criminal justice in Somalia, nor is there any recognized or established authority to administer a uniform application of due process. Enforcement of criminal laws is, therefore, haphazard to nonexistent. Locally established courts operate throughout Somalia under a combination of Somali customary and Islamic Shari'a law, some of which may be hostile towards foreigners.

The Somali shilling is the unit of currency except in Somaliland, which uses the Somaliland shilling. U.S. dollars are accepted everywhere. Credit cards are not accepted in Somalia.

**Accessibility:** While in Somalia, individuals with disabilities may find accessibility and accommodation very different from what one finds in the United States. There is no legislation in Somalia mandating access to transportation, communication, and public buildings for persons with disabilities.

Back to Top

**MEDICAL FACILITIES AND HEALTH INFORMATION:** Medical facilities in Somalia are extremely limited. Travelers should carry personal supplies of medications with them.

Malaria is endemic in many areas. There have been outbreaks of cholera in Mogadishu, Kismayo in the south, and Puntland in the northeast. For additional information on malaria and cholera, including protective measures, see the CDC travelers' health web page.

You can find detailed information on vaccinations and other health precautions on the CDC website. For information about outbreaks of infectious diseases abroad,

contains additional health information for travelers, including detailed country-specific health information.

Back to Top

**MEDICAL INSURANCE:** You can't assume your insurance will go with you when you travel. It's very important to find out BEFORE you leave whether or not your medical insurance will cover you overseas. You need to ask your insurance company two questions:

- Does my policy apply when I'm out of the United States?
- Will it cover emergencies like a trip to a foreign hospital or a medical evacuation?

In many places, doctors and hospitals still expect payment in cash at the time of service. Your regular U.S. health insurance may not cover doctor and hospital visits in other countries. If your policy doesn't go with you when you travel, it's a very good idea to take out another one for your trip. For more information, please see our medical insurance overseas page.

Back to Top

**TRAFFIC SAFETY AND ROAD CONDITIONS:** While in Somalia you may encounter road conditions that differ significantly from those in the United States. There are no traffic lights in the country except in Hargeisa, Somaliland. The poor condition of most roads makes driving hazardous. Night driving can be dangerous due to the absence of lighting. Drivers risk land mine detonations on roads.

Please refer to our Road Safety page for more information.

Back to Top

**AVIATION SAFETY OVERSIGHT:** As there is no direct commercial air service to the United States by carriers registered in Somalia, the U.S. Federal Aviation Administration (FAA) has not assessed the government of Somalia's Civil Aviation Authority for compliance with International Civil Aviation Organization (ICAO) aviation safety standards. Further information may be found on the FAA's safety assessment page.

Back to Top

**CHILDREN'S ISSUES:** Please see our Office of Children's Issues web pages on intercountry adoption and international parental child abduction.

Back to Top

* * *

This replaces the Country Specific Information for Somalia dated December 30, 2010 to update sections on Country Description, Entry/Exit Requirements for U.S. Citizens, Threats to Safety and Security, Criminal Penalties, Special Circumstances, and Traffic Safety and Road Conditions.

Back to Top

Privacy | Copyright & Disclaimer | FOIA | Office of the Inspector General | No Fear Act Data | U.S. Department of State | Other U.S. Government Information | USA.gov

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

# TRAVEL.STATE.GOV

U.S. Department of State

| INTERNATIONAL TRAVEL | PASSPORTS | VISAS | CHILD ABDUCTION | LAW & POLICY | Search this Site |



**Visas**

**Americans Traveling Abroad**

**Find a U.S. Embassy**

**A to Z Index**

**Visas Questions?**

**Temporary Visitors to the U.S.**

**Immigrants to the U.S.**

**Visa Bulletin**

**Forms**

**Photograph Requirements**

**Fees and Reciprocity Tables**

**Frequently Requested Visa Information**

**Visa Statistics**

**Laws, Regulations and Policy**

**About Visa Services**

## Country Reciprocity Schedule

🖶 Print    ✉ Email

 GO

**Somalia Reciprocity Schedule**

▸ Jump to Country Documents

| Visa Classification | Fee | Number of Applications | Validity Period |
|---|---|---|---|
| A-1 | None | One | 3 Months |
| A-2 | None | One | 3 Months |
| A-3 [1] | None | One | 3 Months |
| B-1 | None | One | 3 Months |
| B-2 | None | One | 3 Months |
| B-1/B-2 | None | One | 3 Months |
| C-1 | None | One | 3 Months |
| C-1/D | None | One | 3 Months |
| C-2 | None | One | 3 Months |
| C-3 | None | One | 3 Months |
| CW-1 [11] | None | One | 3 Months |
| CW-2 [11] | None | One | 3 Months |
| D | None | One | 3 Months |
| E-1 [2] | No Treaty | N/A | N/A |
| E-2 [2] | No Treaty | N/A | N/A |
| E-2C [12] | None | One | 3 Months |
| F-1 | None | One | 3 Months |

| | | | |
|---|---|---|---|
| F-2 | None | One | 3 Months |
| G-1 | None | One | 3 Months |
| G-2 | None | One | 3 Months |
| G-3 | None | One | 3 Months |
| G-4 | None | One | 3 Months |
| G-5 [1] | None | One | 3 Months |
| H-1B | None | One | 3 Months [3] |
| H-1C | None | One | 3 Months [3] |
| H-2A | None | One | 3 Months [3] |
| H-2B | None | One | 3 Months [3] |
| H-2R | None | One | 3 Months [3] |
| H-3 | None | One | 3 Months [3] |
| H-4 | None | One | 3 Months [3] |
| I | None | One | 3 Months |
| J-1 [4] | None | One | 3 Months |
| J-2 [4] | None | One | 3 Months |
| K-1 | None | One | 6 Months |
| K-2 | None | One | 6 Months |
| K-3 | None | Multiple | 24 Months |
| K-4 | None | Multiple | 24 Months |
| L-1 | None | One | 3 Months |
| L-2 | None | One | 3 Months |
| M-1 | None | One | 3 Months |
| M-2 | None | One | 3 Months |
| N-8 | None | One | 3 Months |
| N-9 | None | One | 3 Months |
| NATO 1-7 | N/A | N/A | N/A |
| O-1 | None | One | 3 Months [3] |
| O-2 | None | One | 3 Months [3] |

| | | | |
|---|---|---|---|
| O-3 | None | One | 3 Months |
| P-1 | None | One | 3 Months [3] |
| P-2 | None | One | 3 Months [3] |
| P-3 | None | One | 3 Months [3] |
| P-4 | None | One | 3 Months [3] |
| Q-1 [6] | None | One | 3 Months [3] |
| R-1 | None | One | 3 Months |
| R-2 | None | One | 3 Months |
| S-5 [7] | None | One | 1 Month |
| S-6 [7] | None | One | 1 Month |
| S-7 [7] | None | One | 1 Month |
| T-1 [5] | N/A | N/A | N/A |
| T-2 | None | One | 6 Months |
| T-3 | None | One | 6 Months |
| T-4 | None | One | 6 Months |
| T-5 | None | One | 6 Months |
| TD [5] | N/A | N/A | N/A |
| U-1 | None | Multiple | 48 Months |
| U-2 | None | Multiple | 48 Months |
| U-3 | None | Multiple | 48 Months |
| U-4 | None | Multiple | 48 Months |
| U-5 | None | Multiple | 48 Months |
| V-1 | None | One | 3 Months |
| V-2 | None | One | 3 Months [8] |
| V-3 | None | One | 3 Months [8] |

## Documents

Unavailable. There is no competent civil authority in Somalia. The Government of
Somalia ceased to exist in December of 1990. Since that time the country has
undergone a destructive and brutal civil war, in the course of which most records
were destroyed. Those few records not destroyed are in the hands of private
individuals or are otherwise not retrievable. There are no police records, birth

certificates, school records etc.) available from Somalia. There are no circumstances under which immigrant visa applicants can reasonably be expected to recover original documents held by the former Government of Somalia.

### Passport and Other Travel Documents

The Department has determined that Somali passports are no longer valid for visa-issuance purposes. Most immigrant visa beneficiaries will not require a passport. Somali nonimmigrant visa beneficiaries will require a passport waiver.

# Visa Issuing Posts

**Mogadishu** (Embassy) - No visa services

### Visa Services

IV and NIV cases for nationals of Somalia are processed by the following U.S. consular offices:

- Nairobi, Kenya
- Dar es Salaam, Tanzania
- Djibouti, Djibouti

# Visa Category Footnotes

1. The validity of A-3, G-5, and NATO 7 visas may not exceed the validity of the visa issued to the person who is employing the applicant. The "employer" would have one of the following visa classifications:

   - A-1
   - A-2
   - G-1 through G-4
   - NATO 1 through NATO 6

2. An E-1 and E-2 visa may be issued only to a principal alien who is a national of a country having a treaty, or its equivalent, with the United States. E-1 and E-2 visas may not be issued to a principal alien if he/she is a stateless resident. If the spouse and children of an E-1 or E-2 principal alien are stateless, or if they are nationals of a country which does not have a treaty with the United States, they may be accorded derivative E-1 or E-2 status. In these cases, the reciprocity schedule of the principal alien's nationality is used.

   Example: John Doe is a national of the country of Z that has an E-1/E-2 treaty with the U.S. His wife and child are nationals of the country of Y which has no treaty with the U.S. The wife and child would, therefore, be entitled to derivative status and receive the same reciprocity as Mr. Doe, the principal visa holder.

3. The validity of H-1 through H-3, O-1 and O-2, P-1 through P-3, and Q visas may not exceed the period of validity of the approved petition or the number of months shown, whichever is less.

   Derivative H-4, L-2, O-3, and P-4 visas, issued to accompanying or following-to-join spouses and children, may not exceed the validity of the visa issued to the principal alien.

4. There is no reciprocity fee for the issuance of a J visa if the alien is a United States Government grantee or a participant in an exchange program sponsored by the United States Government.

   Also, there is no reciprocity fee for visa issuance to an accompanying or

following, to join spouse or child (J-2) of an exchange visitor grantee or participant.

In addition, an applicant is eligible for an exemption from the MRV fee if he or she is participating in a State Department, USAID, or other federally funded educational and cultural exchange program (program serial numbers G-1, G-2, G-3 and G-7).

However, all other applicants with U.S. Government sponsorships, including other J-visa applicants, are subject to the MRV processing fee.

5. Under the North American Free Trade Agreement (NAFTA), Canadian and Mexican nationals coming to engage in certain types of professional employment in the United States may be admitted in a special nonimmigrant category known as the "trade NAFTA" or "TN" category. Their dependents (spouse and children) accompanying or following to join them may be admitted in the "trade dependent" or "TD" category whether or not they possess Canadian or Mexican nationality. Except as noted below, the number of entries, fees and validity for non-Canadian or non-Mexican family members of a TN status holder seeking TD visas should be based on the reciprocity schedule of the TN principal alien.

## Canadian Nationals

Since Canadian nationals generally are exempt from visa requirement, a Canadian "TN' or "TD" alien does not require a visa to enter the United States. However, the non-Canadian national dependent of a Canadian "TN", unless otherwise exempt from the visa requirement, must obtain a "TD" visa before attempting to enter the United States. The standard reciprocity fee and validity period for all non-Canadian "TD"s is no fee, issued for multiple entries for a period of 36 months, or for the duration of the principal alien's visa and/or authorized period of stay, whichever is less. See 'NOTE' under Canadian reciprocity schedule regarding applicants of Iranian, Iraqi or Libyan nationality.

## Mexican Nationals

Mexican nationals are not visa-exempt. Therefore, all Mexican "TN"s and both Mexican and non-Mexican national "TD"s accompanying or following to join them who are not otherwise exempt from the visa requirement (e.g., the Canadian spouse of a Mexican national "TN") must obtain nonimmigrant visas.

Applicants of Iranian, Iraqi or Libyan nationality, who have a permanent resident or refugee status in Canada/Mexico, may not be accorded Canadian/Mexican reciprocity, even when applying in Canada/Mexico. The reciprocity fee and period for "TD" applicants from Libya is $10.00 for one entry over a period of 3 months. The Iranian and Iraqi "TD" is no fee with one entry over a period of 3 months.

6. Q-2 (principal) and Q-3 (dependent) visa categories are in existence as a result of the 'Irish Peace Process Cultural and Training Program Act of 1998'. However, because the Department anticipates that virtually all applicants for this special program will be either Irish or U.K. nationals, the Q-2 and Q-3 categories have been placed only in the reciprocity schedules for those two countries. Q-2 and Q-3 visas are available only at the Embassy in Dublin and the Consulate General in Belfast.

7. No S visa may be issued without first obtaining the Department's authorization.

8. V-2 and V-3 status is limited to persons who have not yet attained their 21st

offender. Accordingly, the period of validity of a T-1 visa must be limited to expire on or before the applicant's twenty-first birthday.

9. Posts may not issue a T-1 visa. A T-1 applicant must be physically present in the United States, American Samoa, the Commonwealth of the Northern Mariana Islands or a U.S. port of entry, where he/she will apply for an adjustment of status to that of a T-1. The following dependents of a T-1 visa holder, however, may be issued a T visa at a U.S. consular office abroad:

- T-2 (spouse)
- T-3 (child)
- T-4 (parent)

10. The validity of NATO-5 visas may not exceed the period of validity of the employment contract or 12 months, whichever is less.

11. The validity of CW-1 and CW-2 visas shall not exceed the maximum initial period of admission allowed by DHS (12 months) or the duration of the transition period ending December 31, 2014, whichever is shortest.

12. The validity of E-2C visas shall not exceed the maximum initial period of admission allowed by DHS (24 months) or the duration of the transition period ending December 31, 2014, whichever is shortest.

Privacy | Copyright & Disclaimer | FOIA | Office of the Inspector General | No Fear Act Data | U.S. Department of State | Other U.S. Government Information | USA.gov

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

# TRAVEL.STATE.GOV

**U.S. Department of State**

| INTERNATIONAL TRAVEL | PASSPORTS | VISAS | CHILD ABDUCTION | LAW & POLICY | Search this Site |

**GO**

## Administrative Processing Information

Visas

Americans Traveling Abroad

Find a U.S. Embassy

A to Z Index

Visas Questions?

Temporary Visitors to the U.S.

Immigrants to the U.S.

Visa Bulletin

Forms

Photograph Requirements

Fees and Reciprocity Tables

Frequently Requested Visa Information

Visa Statistics

Laws, Regulations and Policy

About Visa Services

⊕ Print    ✉ Email

Some visa applications require further administrative processing, which takes additional time after the visa applicant's interview by a Consular Officer. Applicants are advised of this requirement when they apply. Most administrative processing is resolved within 60 days of the visa interview. When administrative processing is required, the timing will vary based on individual circumstances of each case. Visa applicants are reminded to apply early for their visa, well in advance of the anticipated travel date.

**Important Notice:** Before making inquiries about status of administrative processing, applicants or their representatives will need to wait at least 60 days from the date of interview or submission of supplemental documents, whichever is later.

### About Visa Processing Wait Times – Nonimmigrant Visa Applicants

Information about nonimmigrant visa wait times for interviews and visa processing time frames are shown on this website, as well as on U.S. Embassy and Consulate websites worldwide. It should be noted that the "Wait Times for a Nonimmigrant Visa to be Processed" information by country does not include time required for administrative processing. Processing wait time also does not include the time required to return the passport to applicants, by either courier services or the local mail system.

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Exhibit 3 to Declaration of Linda Jacobson

# TRAVEL.STATE.GOV

U.S. Department of State

| INTERNATIONAL TRAVEL | PASSPORTS | VISAS | CHILD ABDUCTION | LAW & POLICY | Search this Site |
|---|---|---|---|---|---|

GO

**International Travel**

**Emergencies and Crises** ▸

**International Travel Information** ▹

**Tips for Traveling Abroad** ▹

**Living Abroad Tips** ▹

**A-Z Index of Topics**

## Somalia
## Country Specific Information

🖨 Print    ✉ Email

▸ Recent Embassy Notices for American Citizens
▸ Travel Warning for Somalia
▸ Travel Warning for Somalia

On this page »
▸ Country Description
▸ Smart Traveler Enrollment Program (STEP)/Embassy Location
▸ Entry/Exit Requirements for U.S. Citizens
▸ Threats to Safety and Security
▸ Crime
▸ Victims of Crime
▸ Criminal Penalties
▸ Special Circumstances
▸ Medical Facilities and Health Information
▸ Medical Insurance
▸ Traffic Safety and Road Conditions
▸ Aviation Safety Oversight
▸ Children's Issues



September 02, 2011

**COUNTRY DESCRIPTION:** Since the collapse of the central government in 1991, Somalia has been subject to widespread violence and instability. A Transitional Federal Government (TFG) was established in 2004 to guide the country to a more

**Worldwide Caution**

**Travel Warnings**

**Central African Republic**
07/11/2012
**Kenya** 07/05/2012
**Afghanistan** 06/27/2012

MORE

**Travel Alerts**

**Country Information**

 GO



Smart Traveler Enrollment Program

representative government. However, the TFG remains fragile and lacks the capacity
to provide services in Somalia. The foreign terrorist group al-Shabaab attacks the
TFG and its allied forces regularly in Mogadishu and in regions outside the capital,
and commits terrorist acts throughout Somalia, including kidnapping for ransom.
Inter- and intra-clan violence also frequently occurs throughout the country. The
United States has no official representation in Somalia.

In 1991, the northwest part of the country proclaimed itself the Republic of
Somaliland and maintains a separate regional governing authority; however,
Somaliland has not received international recognition as an independent state. The
northeastern section of Somalia, known as the semi-autonomous region of Puntland,
has also made efforts to establish a regional governing authority but has not
claimed independence. Somalia's economy was seriously damaged by the civil war
and its aftermath, but the private sector is trying to reemerge. Tourist facilities are
non-existent. Read the Department of State's Background Notes on Somalia for
additional information.

Back to Top

**SMART TRAVELER ENROLLMENT PROGRAM (STEP) / EMBASSY LOCATION:**
There is no U.S. Embassy in Somalia. If you are going to live in or visit Somalia,
please take the time to tell our Embassy in Djibouti or in Kenya about your trip. If
you enroll your trip, we can keep you up to date with important safety and security
announcements. It will also help your friends and family get in touch with you in an
emergency. Here's the link to the Smart Traveler Enrollment Program.

Travelers to Somaliland should register with the U.S. Embassy in Djibouti, and
travelers to Puntland or southern Somalia should register with the U.S. Embassy in
Nairobi, Kenya.

U.S. Embassy Djibouti
Plateau du Serpent, Boulevard Marechal Joffre, Djibouti City
Telephone: (253) 35-39-95
Facsimile: (253) 35-39-40

U.S. Embassy Kenya
United Nations Avenue, Gigiri, Nairobi, Kenya
Telephone: (254) (20) 363-6000
After-hours emergency: (254) (20) 363-6170
Fax: (254) (20) 363-6410

Back to Top

**ENTRY / EXIT REQUIREMENTS FOR U.S. CITIZENS:** A passport is required for
travel to Somaliland and Puntland. Both regions require a visa and issue their own at
their respective ports of entry. For travel to other parts of Somalia, including
Mogadishu, a passport and visa are required. Visas are issued at certain Somali
embassies, including in Addis Ababa, Ethiopia, and Nairobi, Kenya. Air and seaports
are under the control of local authorities that make varying determinations of what
is required of travelers who attempt to use these ports of entry.

Travelers may obtain the latest information on visas as well as any additional details
regarding entry requirements from the Permanent Representative of the Somali
Republic to the United Nations, telephone (212) 688-9410/5046; fax (212) 759-
0651; email somalia@un.int, located at 425 East 61st Street, Suite 702, New York,
NY 10021. Persons outside the United States may attempt to contact the nearest
Somali embassy or consulate. All such establishments, where they exist, are
affiliated with the TFG, whose authority is not established throughout all of Somalia.

HIV/AIDS restrictions: The U.S. Department of State is unaware of any HIV/AIDS
entry restrictions for visitors to or foreign residents of Somalia.

Information about dual nationality or the prevention of international child abduction

can be found on our website. For further information about customs regulations, please read our Customs Information page.

Back to Top

**THREATS TO SAFETY AND SECURITY:** Since the United States does not have an Embassy or any other diplomatic presence in any part of Somalia, including Somaliland and Puntland, the U.S. government cannot provide any consular services to U.S. citizens in Somalia. Limited services for U.S. citizens are available for travelers to Somalia at the U.S. Embassies in Nairobi and Djibouti.

While Somaliland has experienced a level of stability that has not been present in other parts of Somalia, please note that the Department of State continues to warn U.S. citizens against all travel to Somalia, including the self-proclaimed "Independent Republic of Somaliland" -- see the Department's Travel Warning for Somalia. Travelers insisting on visiting Somaliland despite this warning should check current conditions in Somaliland before embarking on their journey. Terrorist attacks have occurred against international relief workers, including Westerners, throughout Somalia, Puntland, and Somaliland. In 2008, 2009, 2010, and 2011, there were several violent kidnappings and assassinations, including by suicide bombing, of staff working for international organizations. Additionally, there have been threats against Westerners in Somalia, including Somaliland. Terrorist operatives and armed groups in Somalia have demonstrated the intent to attack airplanes at Mogadishu International Airport, and successfully attacked the airport itself in September 2010. Additionally, al-Shabaab controls a large part of southern Somalia, including the port city of Kismayo and its airport. Persons traveling to Somalia should be aware that incidents such as armed banditry, road assaults, kidnappings for ransom, shootings and grenade attacks on public markets, and detonations of anti-personnel and-vehicle land mines regularly occur. Sporadic outbreaks of civil unrest persist, and al-Shabaab is engaged in active warfare against the TFG. Also, illegal roadblocks remain common throughout Somalia and have resulted in serious injury or death.

Cross-border violence occurs periodically. The area near Somalia's border with Kenya has been the site of numerous violent incidents, ranging from large scale clashes between al-Shabaab and the TFG, kidnappings, and grenade attacks on hostels used by international aid workers. U.S. citizens who decide to visit the area should be aware that they could encounter such incidents.

U.S. citizens considering seaborne travel around Somalia's coast should exercise extreme caution, given numerous recent incidents of vessel hijacking and/or piracy off south central Somalia and Puntland. When transiting in and around the Horn of Africa and/or in the Red Sea, it is strongly recommended that vessels convoy and maintain good communications contact at all times. Marine channels 13 and 16 VHF-FM are international call-up and emergency channels and are commonly monitored by ships at sea. 2182 MHz is the HF international call-up and emergency channel. In the Gulf of Aden, transit routes farther offshore reduce, but do not eliminate, the risk of contact with suspected assailants. Wherever possible, travel in trafficked sea-lanes. Avoid loitering in or transiting isolated or remote areas. In the event of an attack, consider activating the "Emergency Position Indicating Radio Beacons (EPIRB)." In the Gulf of Aden, vessels may also contact the Yemeni Coast Guard 24-hour Operations Center at (967) 1-562-402. The Operations Center staff speaks English. Due to distances involved, there may be a considerable delay before assistance arrives.

The United States Maritime Administration (MARAD) has advised that elevated regional tensions have increased the risk of maritime attacks being conducted by extremist to vessels operating in the Gulf of Oman, North Arabian Sea, Gulf of Aden, and the Bab el Mandeb regions.

MARAD recommends vessels at anchor, operating in restricted maneuvering environments, or at slow speeds should be especially vigilant, and report suspicious

activity. U.S. flag vessels that observe suspicious activity in the area are advised to report such suspicious activity or any hostile or potentially hostile action to COMUSNAVCENT battlewatch captain at phone number 011-973-1785-3879. All suspicious activities and events are also to be reported to the U.S. Coast Guard National Response Center at the following toll free telephone: 1-800-424-8802, direct telephone 202-267-2675, or TDD 202-267-4477. The complete advisory is available on the MARAD website at www.MARAD.DOT.gov.

The United States Maritime Administration (MARAD) has advised that elevated regional tensions have increased the risk of maritime attacks being conducted by extremist to vessels operating in the Gulf of Oman, North Arabian Sea, Gulf of Aden, and the Bab el Mandeb regions.

MARAD recommends vessels at anchor, operating in restricted maneuvering environments, or at slow speeds should be especially vigilant, and report suspicious activity. U.S. flag vessels that observe suspicious activity in the area are advised to report such suspicious activity or any hostile or potentially hostile action to COMUSNAVCENT battlewatch captain at phone number 011-973-1785-3879. All suspicious activities and events are also to be reported to the U.S. Coast Guard National Response Center at the following toll free telephone: 1-800-424-8802, direct telephone 202-267-2675, or TDD 202-267-4477. The complete advisory is available on the MARAD website at www.MARAD.DOT.gov.

Stay up to date by:

- Bookmarking our Bureau of Consular Affairs website, which contains the current Travel Warnings and Travel Alerts as well as the Worldwide Caution.
- Following us on Twitter and the Bureau of Consular Affairs page on Facebook as well.
- Downloading our free Smart Traveler IPhone App to have travel information at your fingertips.
- Calling 1-888-407-4747 toll-free within the U.S. and Canada, or a regular toll line, 1-202-501-4444, from other countries.
- Taking some time before travel to consider your personal security – here are some useful tips for traveling safely abroad.

Back to Top

**CRIME:** Pervasive and violent crime is an extension of the general state of insecurity in Somalia. Serious, brutal, and often fatal crimes are very common. Kidnapping and robbery are a particular problem in Mogadishu and other areas of the south.

Don't buy counterfeit and pirated goods, even if they are widely available. Not only are the bootlegs illegal in the United States, if you purchase them you may also be breaking local law.

Back to Top

**VICTIMS OF CRIME:** If you or someone you know becomes the victim of a crime abroad, you should contact the local police and the nearest U.S. embassy or consulate. We can:

- Replace a stolen passport.
- Help you find appropriate medical care if you are the victim of violent crimes such as assault or rape.
- Put you in contact with the appropriate police authorities, and if you want us to, we cancontact family members or friend.
- Help you understand the local criminal justice process and direct you to local attorneys, although it is important to remember that local authorities are responsible for investigating and prosecuting the crime.

Please see our information on victims of crime, including possible victim

compensation programs in the United States.

Back to Top

**CRIMINAL PENALTIES:** While you are traveling in Somalia, you are subject to its laws even if you are a U.S. citizen. Foreign laws and legal systems can be vastly different than our own. In some places you may be taken in for questioning if you don't have your passport with you. In some places, it is illegal to take pictures of certain buildings. In some places, driving under the influence could land you immediately in jail. These criminal penalties will vary from country to country. There are also some things that might be legal in the country you visit, but still illegal in the United States, and you can be prosecuted under U.S. law if you buy pirated goods. Engaging in sexual conduct with children or using or disseminating child pornography in a foreign country is a crime prosecutable in the United States. If you break local laws in Somalia, your U.S. passport won't help you avoid arrest or prosecution. It's very important to know what's legal and what's not wherever you go.

Persons violating Somalia's laws, even unknowingly, may be expelled, arrested, or imprisoned. Penalties for possessing, using, or trafficking in illegal drugs in Somalia are severe, and convicted offenders can expect jail sentences and heavy fines.

**Arrest notifications in host country:** Based on the Vienna Convention on Consular Relations, bilateral agreements with certain countries, and customary international law, if you are arrested in Somalia, you have the option to request that the police, prison officials, or other authorities alert the nearest U.S. embassy or consulate of your arrest, and to have communications from you forwarded to the nearest U.S. embassy or consulate. However, this is unlikely to happen as there is no U.S. diplomatic representation in Somalia.

Back to Top

**SPECIAL CIRCUMSTANCES:** Water and electricity systems are poor. Functioning telecommunications systems exist only in major towns in Somalia.

There is no organized system of criminal justice in Somalia, nor is there any recognized or established authority to administer a uniform application of due process. Enforcement of criminal laws is, therefore, haphazard to nonexistent. Locally established courts operate throughout Somalia under a combination of Somali customary and Islamic Shari'a law, some of which may be hostile towards foreigners.

The Somali shilling is the unit of currency except in Somaliland, which uses the Somaliland shilling. U.S. dollars are accepted everywhere. Credit cards are not accepted in Somalia.

**Accessibility:** While in Somalia, individuals with disabilities may find accessibility and accommodation very different from what one finds in the United States. There is no legislation in Somalia mandating access to transportation, communication, and public buildings for persons with disabilities.

Back to Top

**MEDICAL FACILITIES AND HEALTH INFORMATION:** Medical facilities in Somalia are extremely limited. Travelers should carry personal supplies of medications with them.

Malaria is endemic in many areas. There have been outbreaks of cholera in Mogadishu, Kismayo in the south, and Puntland in the northeast. For additional information on malaria and cholera, including protective measures, see the CDC travelers' health web page.

You can find detailed information on vaccinations and other health precautions on the CDC website. For information about outbreaks of infectious diseases abroad,

consult the World Health Organization (WHO) website. The WHO website also contains additional health information for travelers, including detailed country-specific health information.

Back to Top

**MEDICAL INSURANCE:** You can't assume your insurance will go with you when you travel. It's very important to find out BEFORE you leave whether or not your medical insurance will cover you overseas. You need to ask your insurance company two questions:

- Does my policy apply when I'm out of the United States?
- Will it cover emergencies like a trip to a foreign hospital or a medical evacuation?

In many places, doctors and hospitals still expect payment in cash at the time of service. Your regular U.S. health insurance may not cover doctor and hospital visits in other countries. If your policy doesn't go with you when you travel, it's a very good idea to take out another one for your trip. For more information, please see our medical insurance overseas page.

Back to Top

**TRAFFIC SAFETY AND ROAD CONDITIONS:** While in Somalia you may encounter road conditions that differ significantly from those in the United States. There are no traffic lights in the country except in Hargeisa, Somaliland. The poor condition of most roads makes driving hazardous. Night driving can be dangerous due to the absence of lighting. Drivers risk land mine detonations on roads.

Please refer to our Road Safety page for more information.

Back to Top

**AVIATION SAFETY OVERSIGHT:** As there is no direct commercial air service to the United States by carriers registered in Somalia, the U.S. Federal Aviation Administration (FAA) has not assessed the government of Somalia's Civil Aviation Authority for compliance with International Civil Aviation Organization (ICAO) aviation safety standards. Further information may be found on the FAA's safety assessment page.

Back to Top

**CHILDREN'S ISSUES:** Please see our Office of Children's Issues web pages on intercountry adoption and international parental child abduction.

Back to Top

\* \* \*

This replaces the Country Specific Information for Somalia dated December 30, 2010 to update sections on Country Description, Entry/Exit Requirements for U.S. Citizens, Threats to Safety and Security, Criminal Penalties, Special Circumstances, and Traffic Safety and Road Conditions.

Back to Top

Privacy | Copyright & Disclaimer | FOIA | Office of the Inspector General | No Fear Act Data | U.S. Department of State | Other U.S. Government Information | USA.gov

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.