UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10cr4246-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| BASAALY SAEED MOALIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, William P. Cole, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I am effecting service of **(1) Redacted Response in Opposition to Defendants' Joint Motion to Take Depositions Pursuant to Rule 15, Fed. R. Crim. P. and (2) Redacted Declaration of William P. Cole in support thereof** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Joshua Dratel
2. Alice Fontier
3. Thomas Durkin
4. Linda Moreno
5. Ahmed Ghappour
6. Holly Sullivan

I hereby certify that, on August 8, 2012, I will cause unredacted versions of the foregoing to be mailed to the foregoing counsel, by the United States Postal Service at the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2012.

s/ William P. Cole
WILLIAM P. COLE