UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BASAALY MOALIN et al.,<br><br>    Defendant. | Case No. 10cr4246-JM<br><br>**ORDER** |

  IT IS HEREBY ORDERED that the United States' Response in Opposition to Defendants' Joint Motion to Take Deposition [docket no. 154], in the above-captioned case, may be filed in excess of twenty-five pages, pursuant to Crim. L.R. 47.1(e).

DATED: August 9, 2012

                    _____
                    Hon. Jeffrey T. Miller
                    United States District Judge