**JOSHUA L. DRATEL**
Admitted *Pro Hac Vice*
**ALICE L. FONTIER**
California State Bar No.229994
JOSHUA L. DRATEL, P.C.
2 Wall Street, 3rd Floor
New York, New York 10005
Telephone: (212) 732-0707

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER )**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10-CR-4246 (JM) |
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION FOR LEAVE TO FILE REPLY IN EXCESS OF TEN PAGES |
| BASAALY MOALIN, *et. al.* | ) | |
| Defendant. | ) | |

Defendants BASAALY MOALIN, MOHAMED MOHAMED MOHAMUD, ISSA DOREH, and AHMED NASIR TAALIL respectfully move this Court for an Order allowing the defendants to file their Reply to the Government's Opposition to the Joint Motion to Take Depositions, in the above-captioned case, in excess of 10 pages pursuant to Crim. L.R. 47.1(e).  The government's brief in opposition exceeded the typical twenty-five page limit and required a lengthy reply.

Dated: August 14, 2012                                        Respectfully submitted,

                                                                           S/ Alice L. Fontier
                                                                           **ALICE L. FONTIER**
                                                                           **JOSHUA L. DRATEL**
                                                                           2 Wall Street, 3rd Floor
                                                                           New York, New York 10005

                                                                           *Attorneys for Basaaly Moalin*