**Joshua L. Dratel**
admitted *pro hac vice*
**Alice L. Fontier**
State Bar # 229994
JOSHUA L. DRATEL, P.C.
2 Wall Street, 3rd Floor
New York, New York 10005
(212) 732-0707 (telephone)
(212) 571-3792 (facsimile)

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------x

UNITED STATES OF AMERICA,          :        10 Cr. 4246 (JM)

                                                             :        Electronically Filed

 – against –                                             :

                                                             :        DECLARATION IN SUPPORT
BASAALY MOALIN, *et. al.*              :        OF JOINT REPLY MOTION
                                                             :        TO TAKE DEPOSITIONS PURSUANT
                                                                       TO RULE 15, FED.R.CRIM.P.
Defendants.                                        :

                                                             :
-------------------------------------------------------x

   Alice L. Fontier, Esq., pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

1. I am an attorney, admitted to practice in the Southern District of California, and together with Joshua L. Dratel, I represent Basaaly Moalin in the above-captioned matter.

2. All statements herein are made upon information and belief, the source of the information and the grounds for the belief being a review of the materials provided by the government, conversations with the prosecutor, and independent investigation.

3. The bases for these motions are set forth in detail in the accompanying Memorandum of Law. The defendants have respectfully moved for an Order granting depositions, pursuant to Rule 15, Fed.R.Crim.P., of eight Somali witnesses who are unavailable for trial. The government opposes that motion. This declaration is in support of the Joint Reply to the Government's Opposition to the Motion for Rule 15 Depositions.

4. Attached as Exhibits to this Declaration, and relevant to the Joint Reply Motion are the following:

  a. Transcript of hearing held on February 9, 2012, attached as Exhibit 1; and

1       b.    Transcript of hearing held on April 5, 2012, attached as Exhibit 2.

2      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

3  and belief.  28 U.S.C. §1746.

4  Executed:     August 14, 2012

                                  /S/ Alice L. Fontier
                                ALICE L. FONTIER