**JOSHUA L. DRATEL**
Admitted *Pro Hac Vice*
**ALICE L. FONTIER**
California State Bar No.229994
DRATEL & MYSLIWIEC, P.C.
2 Wall Street, 3rd Floor
New York, New York 10005
Telephone: (212) 732-0707

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER )**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-CR-4246 (JM) |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| BASAALY MOALIN, *et. al.*, ) | |
| Defendant. ) | |

I, Alice L. Fontier, declare as follows:

I am a citizen of the United States and a resident of New York, NY; I am over the age of 18 years and not a party within this action; my business address is 2 Wall Street, 3rd Floor, New York, NY, 1005, telephone number: (212) 732-0707.

On August 14, 2012, I served the referenced *Joint Reply Motion to Take Foreign Depositions Pursuant to Rule 15, R.Crim.P.*, in *United States v. Basaaly Moalin, et. al.,* 10-CR-4246 (JM), by delivery a copy of the same to the partiues indicated below, by ECF System, which electronically notifies them:

Linda Moreno (Defendant Mohamed Mohamud)

Thomas Durkin (Defendant Ahmed Mohamud)

Ahmed Ghappour (Defendant Isee Doreh)

| | |
|---|---|
| 1 | William P. Cole (Government) |
| 2 | Caroline Pineda Han (Government) |
| 3 | I certify under penalty of perjury that the foregoing is true and correct. |

Dated: August 14, 2012
    New York, New          /s/ Alice L. Fontier
                                 ALICE L. FONTIER