UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 10CR4246-JM |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BASAALY SAEED MOALIN (1), | ) |
| MOHAMED MOHAMED MOHAMUD (2), | ) |
| a.k.a. "Mohamed Khadar" | ) |
| a.k.a. "Sheikh Mohamed" | ) |
| ISSA DOREH (3), | ) |
| a.k.a. "Sheikh Issa" | ) |
| AHMED NAASIR TAALIL MOHAMUD (4), | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE OF FILING OF GOVERNMENT'S *EX PARTE, IN CAMERA*
SECOND SUPPLEMENTAL MOTION FOR PROTECTIVE ORDER PURSUANT
TO THE CLASSIFIED INFORMATION PROCEDURES ACT AND
FED. R. CRIM. P. 16(d)