UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10CR4246-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| BASAALY MOALIN et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CAROLINE P. HAN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF FILING OF GOVERNMENT'S *EX PARTE, IN CAMERA* SECOND SUPPLEMENTAL MOTION FOR PROTECTIVE ORDER PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT AND FED. R. CRIM. P. 16(d) on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

>Joshua L. Dratel
>Alice L. Fontier
>Linda Moreno
>Ahmed Ghappour
>Thomas Durkin
>Holly Sullivan

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2012.

>s/Caroline P. Han
>CAROLINE P. HAN