MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

<u>USA</u> v. <u>Moalin, *et al.*</u>
No. <u>10-CR-4246-JM (WVG)</u>

<u>HON. WILLIAM V. GALLO</u>    <u>CT. DEPUTY J. YAHL</u>        <u>RPTR.                    </u>

<u>Attorneys</u>

<u>Plaintiffs</u>                                         <u>Defendants</u>

|                                          |                                          |
| ---------------------------------------- | ---------------------------------------- |

On August 22, 2012, this Court met with counsel to discuss discovery issues. On <u>August 30, 2012</u>, at <u>8:00 a.m.</u>, this Court will hold a telephonic Status Conference. Only counsel must participate. The Court will initiate the call.

On or before <u>August 29, 2012</u>, counsel for all parties shall:

1. Determine whether any of the proposed witnesses are willing to travel to the United States for trial;

2. If any of the proposed witnesses are willing to travel to the United States, determine what the requirements are, and the anticipated time frames to get them to the United States;

3. If the proposed witnesses are not willing to travel to the United States, determine what the requirements are, and the anticipated time frames to conduct depositions in Djibouti.

IT IS SO ORDERED.
DATED:  August 23, 2012

                                        Hon. William V. Gallo
                                        U.S. Magistrate Judge