# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> BASAALY SAEED MOALIN, et al., <br><br> Defendants. | CASE NO. 10CR4246 JM <br><br> **NOTICE OF ENTRY OF ORDER GRANTING THE GOVERNMENT'S MOTION FOR PROTECTIVE ORDER RE: CIPA MATERIALS** |

The court provides notice to all parties that on August 28, 2012 the court filed with the Court Security Officer an order entitled Order Granting Motion for Protective Order ("Order"). The Order addresses three different CIPA submissions dated March 21, 2012, June 1, 2012, and August 22, 2012. The Order also requires the Government to provide defense counsel with two substituted statements as permitted by 18 U.S.C. App. 3 §6(C)(1). The substituted statements shall be provided to defense counsel within ten days of entry of this order.

**IT IS SO ORDERED.**

DATED: August 28, 2012

Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties