UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                    )<br>            Plaintiff,              )<br>                                                    )<br>      v.                                         )<br>                                                    )<br> BASAALY MOALIN et al.,      )<br>                                                    )<br>            Defendants.          )<br>                                                    ) | Case No. 10CR4246-JM<br><br>**ORDER RE: PROTECTIVE ORDER** |

IT IS HEREBY ORDERED that, pursuant to the Notice of Entry of Order Granting the Government's Motion for Protective Order Re: CIPA Materials [Docket No. 183], the parties file a proposed Joint Protective Order governing a classified substituted statement to be provided to defense counsel, by ***September 14, 2012.*** In the event the parties cannot reach a resolution and file a proposed Joint Protective Order, the Government will file its own motion for a Protective Order by September 14, 2012. It is further ordered that the Government will provide the outstanding classified substituted statement to defense counsel within ten days of the entry of a protective order governing classified substituted statements.

DATED: September 7, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge